BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
KEVIN MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

U.S. COURTS

AUG 15 2018

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# ORIGINAL

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>Defendants. | Case No. CR 18-0258-S EJL<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>18 U.S.C. § 984<br>18 U.S.C. § 1341<br>18 U.S.C. § 1343<br>18 U.S.C. § 1349<br>18 U.S.C. § 1956(a)(1)(B)(i)<br>18 U.S.C. § 1956(a)(2)(B)(i)<br>18 U.S.C. § 1956(h)<br>18 U.S.C. § 2320(a)(1)<br>18 U.S.C. § 2320(a)(2)<br>18 U.S.C. § 2320(b)<br>18 U.S.C. § 2320(f)(1)<br>18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) |

The Grand Jury charges that:

## Introductory Allegations

At all times relevant to this Indictment:

### The Defendants and Their Entities

1.      PAVEL BABICHENKO was a United States citizen and brother of PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, and ANNA IYERUSALIMETS.  He resided in Eagle, Idaho.  During the counterfeit trafficking conspiracy, PAVEL BABICHENKO owned and controlled the following entities, among others: Babichenko LLC, Midstar Distributor LLC, Midstar LLC, Midway Distributors Inc., Midway Distributor LLC, Midway Cellular LLC, Pacific Cellular Distributor LLC, Power Moxie LLC, and Sahara Case LLC.

2.      PIOTR BABICHENKO was a United States citizen and brother of PAVEL BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, and ANNA IYERUSALIMETS.  He resided in Meridian, Idaho.  During the counterfeit trafficking conspiracy, PIOTR BABICHENKO owned and controlled the following entities, among others: Blue Ocean Distribution LLC, Midway Distributor LLC, Mobi LLC, Mobi Recycle LLC, Mobile Recycle LLC, Mobi Recycling, Power Moxie LLC, and Sahara Case LLC.

3.      TIMOFEY BABICHENKO was a United States citizen and brother of PAVEL BABICHENKO, PIOTR BABICHENKO, GENNADY BABITCHENKO, and ANNA IYERUSALIMETS.  He resided in Boise, Idaho.  During the counterfeit trafficking conspiracy, TIMOFEY BABICHENKO owned and controlled the following entities, among others: Ariginall LLC, Global Distributing LLC, Global Distributors LLC, Sahara Case LLC, Wholesale Gadgets LLC, and Wholesale Cell Phones LLC.

Indictment—2

4.      GENNADY BABITCHENKO was a United States citizen and brother of PAVEL

BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, and ANNA

IYERUSALIMETS.  He resided in Boise, Idaho.  During the counterfeit trafficking conspiracy,

GENNADY BABITCHENKO owned and controlled the following entities, among others:

Babichenko LLC, Babichenko Dental Lab Inc., Babichenko & Sons LLC, European Denture

Center, Morning Star Christian Church Inc., Russian Christian Church, and Morning Star

Mission Inc.

5.      KRISTINA BABICHENKO was a United States citizen and married to TIMOFEY

BABICHENKO.  She resided in Boise, Idaho.  During the counterfeit trafficking conspiracy,

KRISTINA BABICHENKO owned and controlled the following entities, among others: Cell

Phone Geeks LLC, Global Distributors LLC, and Wireless Closeouts LLC.

6.      NATALYA BABICHENKO was a United States citizen and married to PAVEL

BABICHENKO.  She resided in Boise, Idaho.  During the counterfeit trafficking conspiracy,

NATALYA BABICHENKO owned and controlled the following entities, among others: Midstar

Distributor LLC, Midstar LLC, and Midway Distributor LLC.

7.      ANNA IYERUSALIMETS (née Babichenko) was a United States citizen and sister of

PAVEL BABICHENKO, PIOTR BABICHENKO, GENNADY BABICHENKO, and

TIMOFEY BABICHENKO.  She was married to MIKHAIL IYERUSALIMETS and lived in

Meridian, Idaho.  During the counterfeit trafficking conspiracy, ANNA IYERUSALIMETS

owned and controlled the following entities, among others:  Droid Masterz LLC, Mountain

Wireless Distributing LLC, Peg-A-Phone LLC, and Western Trade LLC.

8.      MIKHAIL IYERUSALIMETS was a United States citizen and married to ANNA

IYERUSALIMETS.  He lived in Meridian, Idaho.  During the counterfeit trafficking conspiracy,

Indictment—3

MIKHAIL IYERUSALIMETS owned and controlled the following entities, among others:  Cell Zone LLC, Droid Masterz LLC, Electro Metro LLC, Mobile Rack LLC, Mountain Wireless Distributing LLC, Peg-A-Phone LLC, Western Trade LLC, Simplified Selling LLC, and Vast Trace LLC.

9.      ARTUR PUPKO was a United States citizen who lives in Meridian, Idaho.  During the counterfeit trafficking conspiracy, ARTUR PUPKO owned and controlled the following entities, among others: AlphaCell LLC, AnchorCell LLC, Cell2U4Less LLC, CellLife LLC, Cellularity LLC, and Purecell LLC.

10.     DAVID BIBIKOV was a United States citizen who lives in Meridian, Idaho.  During the counterfeit trafficking conspiracy, DAVID BIBIKOV owned and controlled the following entities, among others:  Bibs Electronics LLC, Case & More LLC, CellTalk LLC, Cell Function LLC, Speedy Wireless LLC, and Tech4RLess LLC.

**The Trademark Holder–Victims**

11.     Apple Incorporated ("Apple") was a multinational corporation headquartered in Cupertino, California, that designed, developed, and sold consumer electronic devices, computer software, online services, and personal computers, including a tablet computer known as the Apple iPad ("iPad"), a mobile telephone known as the Apple iPhone ("iPhone"), and a portable digital music player known as the Apple iPod ("iPod").  Apple registered and owned trademarks for the iPad, iPhone, iPod, iPhone chargers, iPhone batteries, among other items, on the principal register in the United States Patent and Trademark Office ("USPTO"), including the following Registration Numbers:  2,715,578; 3,229,791; 3,679,056; 3,669,402; 3,928,818; 4,726,737; and 4,726,738.

Indictment—4

12.     Samsung Electronics Co., Ltd., was a multinational electronics company headquartered in Suwon, South Korea, that designed, developed, and sold consumer electronic devices, computer software, online services, and personal computers, including a mobile telephone known as the Samsung Galaxy S.  Samsung registered trademarks for the Galaxy S, among other items, on the principal register in the USPTO, including the following Registration Numbers:  1,164,353; 2,214,833; 2,882,774; 2,929,519; 2,929,523; 3,673,234; 3,905,843; 4,020,438; 4,168,468; 4,188,122; 4,287,291; 4,582,755; 4,792,754; and 4,792,755.

## COUNT ONE
### Conspiracy to Commit Wire Fraud
### 18 U.S.C. §§ 1349, 1343

13.     Paragraphs One through Twelve are incorporated herein.

### The Conspiracy

14.     Beginning in or about January 2008, and continuing through on or about August 14, 2018, the defendants PAVEL BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALIE BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS (collectively "Defendants"), along with others known and unknown to the Grand Jury, engaged in a scheme to defraud consumers by selling, on online platforms such as Amazon.com and eBay, as well as their own websites, counterfeit electronic devices, including counterfeit Apple and Samsung cell phones, that the defendants represented to be new and genuine.

### The Scheme to Defraud

15.     Beginning on an unknown date, but by at least January 2008, and continuing through the 14th day of August, 2018, both dates being approximate and inclusive, the defendants PAVEL

Indictment—5

BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALYA BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, along with others known and unknown to the Grand Jury, devised and intended to devise a scheme and artifice for obtaining money by means of material false and fraudulent pretenses, representations, and promises, to wit:  to defraud consumers by purchasing counterfeit electronic devices, including Apple and Samsung cell phones, to then resell as genuine and new on online platforms such as Amazon and eBay, as well as their own websites.

16.     The goal of the scheme was to enrich PAVEL BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALYA BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, by selling devices bearing counterfeit marks misrepresented as genuine and new.

**Manner and Means**

17.     As part of the scheme and artifice to defraud, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, PIOTR BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS misrepresented the quality and type of electronic items for sale as genuine and new on online platforms, including Amazon and eBay.

18.     The means by which Defendants and others achieved and attempted to achieve the goal of this scheme included, among others:

    (a)    Smuggling counterfeit products in bulk from Hong Kong and China.

    (b)    Repackaging counterfeit devices to appear as new and genuine devices for shipment to individual consumers.

Indictment—6

(c)     Misrepresenting the genuineness, quality, and condition of the electronic devices offered for sale on their online selling platforms.

19.     Beginning on an unknown date, but by at least the 22nd day of January, 2008, and continuing through the 14th day of August, 2018, both dates being approximate and inclusive, within the District of Idaho and elsewhere, the defendants, PAVEL BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, PIOTR BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, knowingly and willfully conspired with others, for the purpose of executing the aforesaid scheme and artifice to obtain money or property by means of materially false and fraudulent pretenses, representation and promises, and attempting to do so, to knowingly transmit and cause to be transmitted in interstate commerce, by means of a wire communication, certain writings, signs, signals, and pictures, to wit:  photographs and descriptions of electronic devices bearing counterfeit marks; communications with customers purchasing those devices; and payments for those devices.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH TEN
### Wire Fraud
### 18 U.S.C. § 1343

### Executions of the Scheme to Defraud

20.     Paragraphs One through Nineteen are incorporated herein.

21.     That on or about the dates set forth below, for the purpose of executing, and attempting to execute, part of the scheme and artifice, the defendants, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, PIOTR BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, caused to be transmitted in interstate

Indictment—7

commerce, by means of a wire communication, certain writings, signs, signals, and pictures, which caused the misrepresented item to be purchased.

| Count | Defendant(s) | Approximate Date of Wire | Use of Interstate Wire Communications |
|---|---|---|---|
| 2 | Mikhail Iyerusalimets | 3/7/2016 | Advertised, sold, and caused purchase of counterfeit Samsung charger listed as "authentic" on Amazon.com |
| 3 | Anna Iyerusalimets Mikhail Iyerusalimets | 3/14/2016 | Advertised, sold, and caused purchase of counterfeit Apple iPhone and Samsung charger listed as "new" on eBay.com |
| 4 | Kristina Babichenko Timofey Babichenko | 3/17/2016 | Advertised, sold, and caused purchase of counterfeit Samsung phone and battery listed as "new" on eBay.com |
| 5 | Artur Pupko | 10/24/2017 | Advertised, sold, and caused purchase of counterfeit Samsung phone and battery listed as "new" on Amazon.com |
| 6 | Timofey Babichenko | 10/24/2017 | Advertised, sold, and caused purchase of counterfeit Apple iPhones listed as "new" on Amazon.com |
| 7 | Artur Pupko | 12/4/2017 | Advertised, sold, and caused purchase of counterfeit Apple iPhone listed as "new" on Amazon.com |
| 8 | Artur Pupko | 12/12/2017 | Advertised, sold, and caused purchase of counterfeit Samsung smartwatch listed as "new" on Amazon.com |
| 9 | David Bibikov | 12/12/2017 | Advertised, sold, and caused purchase of counterfeit Apple iPhone listed as "new" on Amazon.com |
| 10 | Piotr Babichenko | 12/12/2017 | Advertised, sold, and caused purchase of counterfeit Samsung phone listed as "new" on Amazon.com |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS ELEVEN THROUGH NINETEEN
### Mail Fraud
### 18 U.S.C. § 1341

22.     Paragraphs One through Nineteen are incorporated herein.

23.     Beginning on an unknown date, but by at least the 22nd day of January, 2008, and continuing through the 14th day of August, 2018, both dates being approximate and inclusive, within the District of Idaho and elsewhere, the defendants, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, PIOTR BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, did knowingly devise and intend to devise a scheme and artifice for obtaining money by means of material false and fraudulent pretenses, representations, and promises.

24.     That on or about the dates set forth below, for the purpose of executing, and attempting to execute, part of the scheme and artifice, the defendants knowingly caused to be sent and delivered by the United States Postal Service and interstate commercial carrier the following matters and things.

| Count | Defendant | Approximate Date of Shipment | Sender | Mailed Matter |
|---|---|---|---|---|
| 11 | Mikhail Iyerusalimets | March 7, 2016 | Mobile Rack Co. | counterfeit Samsung charger |
| 12 | Anna Iyerusalimets Mikhail Iyerusalimets | March 14, 2016 | Tradewestern 2016 | counterfeit Apple iPhone and Samsung charger |
| 13 | Kristina Babichenko Timofey Babichenko | March 17, 2016 | KayPop | counterfeit Samsung phone and battery |
| 14 | Artur Pupko | October 24, 2017 | Purecell | counterfeit Samsung phone and battery |
| 15 | Timofey Babichenko | October 24, 2017 | Ariginall | counterfeit Apple iPhone |
| 16 | Artur Pupko | December 4, 2017 | Cellularity | counterfeit Apple |

| | | | | iPhone |
|---|---|---|---|---|
| 17 | Artur Pupko | December 12, 2017 | Cell2U4Less | counterfeit Samsung smartwatch |
| 18 | David Bibikov | December 12, 2017 | Bibby's Electronics | counterfeit Apple iPhone |
| 19 | Piotr Babichenko | December 12, 2017 | Remobile | counterfeit Samsung phone |

All in violation of Title 18, United States Code, Section 1341.

## COUNT TWENTY
### Conspiracy to Traffic in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1), (f)(1)

25.     Paragraphs One through Nineteen are incorporated herein.

26.     Beginning on an unknown date, but by at least January 2008, and continuing through the 14th day of August, 2018, both dates being approximate and inclusive, within the District of Idaho and elsewhere, the defendants, PAVEL BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALYA BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, MIKHAIL IYERUSALIMETS, and ANNA IYERUSALIMETS, and others known and unknown to the grand jury, did intentionally conspire and agree with one another and other persons known and unknown to the Grand Jury to traffic in counterfeit goods, to wit:  by importing and offering for sale counterfeit Apple iPhone, Apple iPhone chargers, Apple iPhone earbuds, Samsung S4 phones, Samsung S5 phones, Samsung S3 batteries, Samsung Note 4 batteries, Samsung S4 batteries, Samsung S5 batteries, Samsung chargers, labels, and packaging for the same, and thereby knowingly using counterfeit marks, to wit:  U.S. Trademark Registration 2,715,578; U.S. Trademark Registration 3,229,791; U.S. Trademark Registration 3,679,056; U.S. Trademark Registration 3,669,402; U.S. Trademark Registration 3,928,818; U.S. Trademark Registration

Indictment—10

4,726,737; U.S. Trademark Registration 4,726,738; U.S. Trademark Registration 3,669,402; U.S. Trademark Registration 1,164,353; U.S. Trademark Registration 2,214,833; U.S. Trademark Registration 2,882,774; U.S. Trademark Registration 2,929,519; U.S. Trademark Registration 2,929,523; U.S. Trademark Registration 3,673,234; U.S. Trademark Registration 3,905,843; U.S. Trademark Registration 4,020,438; U.S. Trademark Registration 4,168,468; U.S. Trademark Registration 4,188,122; U.S. Trademark Registration 4,287,291; U.S. Trademark Registration 4,582,755; U.S. Trademark Registration 4,792,754; and U.S. Trademark Registration 4,792,755, on and in connection with such goods, each counterfeit mark being identical with and substantially indistinguishable from a mark registered for those devices on the principal register in the United States Patent and Trademark office, and the use thereof was likely to deceive and to cause confusion and mistake, all in violation of Title 18, United States Code, Section 2320(a), (b), (f)(1).

## COUNT TWENTY-ONE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

27.     On or about the 26th day of October, 2016, in the District of Idaho, the defendant, PAVEL BABICHENKO, did intentionally traffic in goods, specifically Apple iPhone 4S and Apple iPhone 6S, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S. Trademark Registration 3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration 3,669,402, and U.S. Trademark Registration 3,928,818, on and in connection with such goods, all in violation of 18 U.S.C. § 2320(a), (b).

Indictment—11

### COUNT TWENTY-TWO
**Trafficking in Counterfeit Goods**
**18 U.S.C. § 2320(a), (b)(1)**

28.     On or about the 26th day of October, 2016, in the District of Idaho, the defendant,

PAVEL BABICHENKO, did intentionally traffic in goods, specifically Samsung S3 batteries;

Samsung Note 4 batteries; Samsung S4 batteries; Samsung S5 batteries; and Samsung phone

chargers, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,882,774,

U.S. Trademark Registration 2,929,519, U.S. Trademark Registration 2,929,523, U.S.

Trademark Registration 3,905,843, and U.S. Trademark Registration 4,792,754, on and in

connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

### COUNT TWENTY-THREE
**Trafficking in Counterfeit Goods**
**18 U.S.C. § 2320(a), (b)(1)**

29.     On or about the 5th day of January, 2017, in the District of Idaho, the defendant, PAVEL

BABICHENKO, did intentionally traffic in goods, specifically Apple iPhone 5S, knowingly

using a counterfeit mark, U.S. Trademark Registration 2,715,578, U.S. Trademark Registration

3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration 3,669,402, and

U.S. Trademark Registration 3,928,818, on and in connection with such goods, all in violation of

Title 18, United States Code, Section 2320(a), (b).

### COUNT TWENTY-FOUR
**Trafficking in Counterfeit Goods**
**18 U.S.C. § 2320(a), (b)(1)**

30.     On or about the 24th day of October, 2017, in the District of Idaho, the defendant,

TIMOFEY BABICHENKO, did intentionally traffic in goods, specifically Apple iPhone 5S,

knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S.

Trademark Registration 3,229,791, U.S. Trademark Registration 3,669,402, U.S. Trademark

Indictment—12

Registration 3,679,056, and U.S. Trademark Registration 3,928,818, on and in connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

## COUNT TWENTY-FIVE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)
### 18 U.S.C. § 2

31.    On or about the 14th day of March, 2016, in the District of Idaho, the defendants, ANNA IYERUSALIMETS and MIKHAIL IYERUSALIMETS, did intentionally traffic in goods, specifically Apple iPhone 4S and Apple iPhone 6S, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S. Trademark Registration 3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration 3,669,402, and U.S. Trademark Registration 3,928,818, on and in connection with such goods, and aided and abetted the same, all in violation of 18 U.S.C. § 2320(a), (b), and § 2.

## COUNT TWENTY-SIX
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

32.    On or about the 7th day of March, 2016, in the District of Idaho, the defendant, MIKHAIL IYERUSALIMETS, did intentionally traffic in goods, specifically a Samsung charger, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,882,774, U.S. Trademark Registration 2,929,519, U.S. Trademark Registration 2,929,523, U.S. Trademark Registration 4,792,754, and U.S. Trademark Registration 3,905,843, on and in connection with such goods, all in violation of 18 U.S.C. §§ 2320(a), (b).

Indictment—13

## COUNT TWENTY-SEVEN
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

33.      On or about the 12th day of December, 2017, in the District of Idaho, the defendant,

PIOTR BABICHENKO, did intentionally traffic in goods, specifically Samsung Galaxy S4

Phone, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,882,774,

U.S. Trademark Registration 2,929,523, U.S. Trademark Registration 2,929,519, U.S.

Trademark Registration 4,792,754, and U.S. Trademark Registration 3,905,843, on and in

connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

## COUNT TWENTY-EIGHT
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

34.      On or about the 2nd day of December, 2016, in the District of Idaho, the defendant,

DAVID BIBIKOV, did intentionally traffic in goods, specifically Apple iPhone 5S and Apple

cellular telephone chargers, knowingly using a counterfeit mark, namely U.S. Trademark

Registration 2,715,578, U.S. Trademark Registration 3,229,791, U.S. Trademark Registration

3,679,056, U.S. Trademark Registration 3,669,402, and U.S. Trademark Registration 3,928,818,

on and in connection with such goods, all in violation of Title 18, United States Code, Section

2320(a), (b).

## COUNT TWENTY-NINE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

35.      On or about the 12th day of December, 2017, in the District of Idaho, the defendant,

DAVID BIBIKOV, did intentionally traffic in goods, specifically Apple iPhone 5, knowingly

using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S. Trademark

Registration 3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration

Indictment—14

3,669,402, and U.S. Trademark Registration 3,928,818, on and in connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

## COUNT THIRTY
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

36.     On or about the 17th day of March, 2016, in the District of Idaho, the defendant, TIMOFEY BABICHENKO and KRISTINA BABICHENKO, did intentionally traffic in goods, specifically Samsung battery and Samsung Galaxy S4 cellular phone, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,882,774, U.S. Trademark Registration 2,929,519, U.S. Trademark Registration 4,792,754, U.S. Trademark Registration 3,905,843, and U.S. Trademark Registration 2,929,523, on and in connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

## COUNT THIRTY-ONE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

37.     On or about the 4th day of December, 2017, in the District of Idaho, the defendant, ARTUR PUPKO, did intentionally traffic in goods, specifically Apple iPhone 5S, knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,715,578, U.S. Trademark Registration 3,229,791, U.S. Trademark Registration 3,679,056, U.S. Trademark Registration 3,669,402, and U.S. Trademark Registration 3,928,818, on and in connection with such goods, all in violation of Title 18, United States Code, Section 2320(a), (b).

Indictment—15

## COUNT THIRTY-TWO
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

38.      On or about the 12th day of December, 2017, in the District of Idaho, the defendant,

ARTUR PUPKO, did intentionally traffic in goods, specifically Samsung Gear 2 Smartwatch,

knowingly using a counterfeit mark, namely U.S. Trademark Registration 2,214,833, U.S.

Trademark Registration 2,882,774, U.S. Trademark Registration 2,919,519, and U.S. Trademark

Registration 4,792,754, on and in connection with such goods, all in violation of Title 18, United

States Code, Section 2320(a), (b).

## COUNT THIRTY-THREE
### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2320(a), (b)(1)

39.      On or about the 24th day of October, 2017, in the District of Idaho, the defendant,

ARTUR PUPKO, did intentionally traffic in goods, specifically Samsung Galaxy S5 Phone and

Samsung battery knowingly using a counterfeit mark, namely U.S. Trademark Registration

2,882,774, U.S. Trademark Registration 2,929,523, and U.S. Trademark Registration 3,905,843,

on and in connection with such goods, all in violation of Title 18, United States Code, Section

2320(a), (b).

## COUNT THIRTY-FOUR
### Conspiracy to Launder Money
### 18 U.S.C. § 1956(h)

40.      Paragraphs One through Nineteen are incorporated herein.

41.      Beginning on an unknown date, but by at least by January, 2010, and continuing through

the 14th day of August, 2018, both dates being approximate and inclusive, within the District of

Idaho and elsewhere, the defendants, PAVEL BABICHENKO, PIOTR BABICHENKO,

Indictment—16

TIMOFEY BABICHENKO, GENNADY BABITCHENKO, NATALYA BABICHENKO, KRISTINA BABICHENKO, ARTUR PUPKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, and MIKHAIL IYERUSALIMETS, together with others known and unknown to the grand jury, did knowingly combine, conspire, confederate and agree to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956(h) as follows:

(a)     to conduct and attempt to conduct and aid and abet others to conduct financial transactions, affecting interstate and foreign commerce, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and the transactions in fact involved the proceeds of violations of Title 18, United States Code, Sections 2320, 1341, 1343, and 1349, knowing that such financial transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(b)     to transport, transmit, and transfer, and attempt to transport, transmit, and transfer, monetary instruments and funds from places outside the United States to and through places in the United States and from places in the United States to and through places outside the United States, knowing that the monetary instruments and funds involved represent the proceeds of violations of Title 18, United States Code, Sections 2320, 1341, 1343, and 1349, and knowing that such transportation, transmission or transfer is designed in whole or in part to conceal or disguise the nature and source of the proceeds of the unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

Indictment—17

## CRIMINAL FORFEITURE ALLEGATIONS

### Trafficking in Counterfeit Goods
### 18 U.S.C. § 2323; 21 U.S.C. § 853; 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts Twenty through Thirty-Three of this Indictment, the defendants, PAVEL BABICHENKO, GENNADY BABITCHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALYA BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, MIKHAIL IYERUSALIMETS, and ARTUR PUPKO, shall forfeit to the United States, pursuant to 18 U.S.C. § 2323, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), any prohibited article, any property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses, or which constitutes or is derived from proceeds obtained directly or indirectly as a result of the offense. The property to be forfeited includes, but is not limited to, the following:

1.  <u>Personal Property.</u>

    a.  All devices bearing counterfeit marks, including seized cell phones, wrappers, and packaging;

    b.  2010 Land Rover VIN: SALMP1E40AA307980, registered to Anna Babitchenko and Mikhail Iyerusalimets;

    c.  2012 Jeep Wrangler VIN: 1C4BJWFG9CL22184, registered to Pavel Babichenko;

    d.  2012 Can-Am ATV VIN: 3JBLKPP1XC000446, registered to Mikhail Iyerusalimets and Anna Iyerusalimets;

    e.  2013 Entegra Aspire VIN: 4VZBU1D91DC076857, registered to Gennady Babichenko;

f.      2014 Cadillac ATS VIN: 1G6AA5RA9E0185413, registered to Natalia Babichenko;

g.      2015 Ford F150 VIN: 1FTFW1EF0FFB06787, registered to Timofey Babichenko;

h.      2016 Lexus VIN: JTJHY7AX2G4189699, registered to Natalya Babichenko;

i.      2016 Harley Davidson VIN: 1HD1LF312GC443986, registered to Timofey Babichenko; and

j.      2018 Ford F150 VIN: 1FTFW1EG6JFA62554, registered to AlphaCell LLC.

2.      <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The defendants named above obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendants used to facilitate the offense, but based upon actions of the defendants, the property was transferred, diminished, comingled, or is otherwise unavailable. The defendants obtained and controlled at least $10,000,000.00 in unrecovered forfeitable property.

3.      <u>Real Property and Proceeds Thereof.</u>

a.      All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements located at 9799 W. Preece, Boise, Ada County, Idaho, APN: R5199110330 (record owner: Stanislav Babichenko (now deceased), Elizaveta Babichenko, and Pavel Babichenko), and more particularly described as follows:

> Lot 33, Block 1, Legacy Park Subdivision, according to the plat thereof, filed in Book 62 of Plats at page(s) 6140-6141, records of Ada County, Idaho.

Indictment—19

b.      All that lot or parcel of land, together with its buildings, appurtenances,

improvements, fixtures, attachments and easements located at 2935 NW 8th Ave.,

Meridian, Ada County, Idaho, APN: R1619240470 (record owner: Artur S.

Pupko) and more particularly described as follows:

> Lot 11, Block 12, Crossfield Subdivision No. 2, according to the plat
> thereof, filed in Book 98 of Plats at page(s) 12407-12408, records of Ada
> County, Idaho.

c.      All that lot or parcel of land, together with its buildings, appurtenances,

improvements, fixtures, attachments and easements located at 3080 N. Wildwood

St., Boise, Ada County, Idaho, APN: R8904000635 (record owner: Morning Star

Christian Church, Inc.), and more particularly described as follows:

> Lot 2, Block 6, Ustick Townsite Subdivision, SEC/TWN/RNG/MER:
> S03T03NR01E B.M., Map: MB3 PG124, records of Ada County, Idaho.

d.      All that lot or parcel of land, together with its buildings, appurtenances,

improvements, fixtures, attachments and easements located at 909 N. Cole Rd.,

Boise, Ada County, Idaho, APN: R4207000305 (record owner: Babichenko

LLC), and more particularly described as follows:

> LOT NUMBER: 3; SUBDIVISION: IMPERIAL ACRES SUB 01;
> BLOCK: 4; SEC/TWN/RNG/MER: SEC 12 RWN 03N RNG 01E;
> TRAC: 0023022012.

e.      All that lot or parcel of land, together with its buildings, appurtenances,

improvements, fixtures, attachments and easements located at W. Chinden Blvd.,

Meridian, Ada County, Idaho, APN: S0419336220 (record owner: Babichenko

LLC) and more particularly described as follows:

Indictment—20

SEC/TWN/RNG/MER: SEC 19 TWN 04N RNG 01W; TRACT: 010332

f.      All that lot or parcel of land, together with its buildings, appurtenances,

improvements, fixtures, attachments and easements located at 2051 W. Three

Lakes Ct., Meridian, Ada County, Idaho, APN: R8081750200 (record owner:

Timofey Babichenko), and more particularly described as follows:

> LOT NUMBER: 13; SUBDIVISION: SPURWING CHALLENGE SUB;
> BLOCK 2; SEC/TWN/RNG/MER: SEC 23 TWN 04N RNG 01W;
> TRACT: 0103321.

4.      Foreign Real Property.  All lots and parcels of land, together with

buildings, appurtenances, improvements, fixtures, attachments and easements to include

but not be limited to, residential apartment buildings, five of which are related to

companies associated with the defendants and located in Brazil, in locations generally

described as follows.  PARATIBE (buildings named 171, II, III, IV through V) and two

in MANGABEIRA (buildings named VI and VII), Brazil, and generally described as

follows:

a.      BABICHENKO 171—Rua JULIETA CORDEIRO DE MEDEIROS, S/N
        Paratibe, Joao Pessoa/PB;

b.      BABICHENKO II—Rua JULIETA CORDEIRO DE MEDEIROS, S/N
        Paratibe, Joao Pessoa/PB;

c.      BABICHENKO III—Rua JULIETA CORDEIRO DE MEDEIROS, S/N
        Paratibe, Joao Pessoa/PB;

d.      BABICHENKO IV—Rua JULIETA CORDEIRO DE MEDEIROS, S/N
        Paratibe, Joao Pessoa/PB;

e.      BABICHENKO V—containing 9 apartments, more or less, at the
        intersection of OSCAR LOPES and MANOEL VIEIRA GOMES streets
        in the PARATIBE district;

f.      BABICHENKO VI—facing RUA JANETE BELO DO SILVA in the neighborhood of Mangabeira; and

g.      BABICHENKO VII—facing RUA JOAO ROBERT DE LIMA in the neighborhood of Mangabeira.

5.      <u>Bank Accounts.</u>  All funds received on behalf of or credited to accounts, including bank accounts, investment accounts, management accounts, wherever held, in which any of the defendants had or has an interest, including the following:

a.      MidStar Distributor Mountain West Bank Account
        Mountain West Bank Account No. XXXXXXXX6620
        Account holder(s): Pavel and Natalya Babichenko
b.      Pavel and Natalia Babichenko
        Mountain West Bank Account XXXXXXXX9959
        Account holder(s): Pavel and Natalya Babichenko
c.      Pavel and Natalia Babichenko
        Mountain West Bank Account XXXXXXXX7819
        Account holder(s):
d.      Babichenko LLC
        Mountain West Bank Account XXXXXXXX3168
        Account holder(s):  Pavel and Gennady Babichenko,
e.      Power Moxie LLC
        Mountain West Bank Account XXXXXXXX8410
        Account holder(s): Timofey and Pavel Babichenko,
f.      Sahara Case LLC
        Mountain West Bank Account XXXXXXXX8429
        Account holder(s): Timofey, Natalya, and Pavel Babichenko
g.      USA Wireless LLC
        Mountain West Bank Account XXXXXXXX0040
        Account holder(s):  Timofey Babichenko
h.      Ibuy Wholesale LLC
        Mountain West Bank Account XXXXXXXX0059
        Account holder(s):  Timofey Babichenko
i.      Wholesale Gadgets LLC
        Mountain West Bank Account XXXXXXXX0067
        Account holder(s):  Timofey Babichenko

j.   Sky Enterprises LLC
     Mountain West Bank Account XXXXXXXX0547
     Account holder(s):  Timofey Babichenko
k.   Sell Tell LLC
     Mountain West Bank Account XXXXXXXX0652
     Account holder(s):  Piotr Babichenko
l.   TrustTell LLC
     Mountain West Bank Account XXXXXXXX0660
     Account holder(s):  Piotr Babichenko
m.   Go Cell LLC
     Mountain West Bank Account XXXXXXXX0679
     Account holder(s):  Piotr Babichenko
n.   Mobile Recycle LLC
     Mountain West Bank Account XXXXXXXX3597
     Account holder(s):  Piotr Babichenko and Timofey Babichenko
o.   Rubiks Cube LLC
     Mountain West Bank Account XXXXXXXX3600
     Account holder(s):  Piotr Babichenko and Mikhail Iyerusalimets
p.   Stock Technologies LLC
     Mountain West Bank Account XXXXXXXX3619
     Account holder(s):  Piotr Babichenko
q.   Foonin LLC
     Mountain West Bank Account XXXXXXXX4011
     Account holder(s):  Piotr Babichenko
r.   Ampleing LLC
     Mountain West Bank Account XXXXXXXX4038
     Account holder(s):  Piotr Babichenko
s.   Blue Ocean Distributing LLC
     Mountain West Bank Account XXXXXXXX4046
     Account holder(s):  Piotr Babichenko
t.   Boss Electronics LLC
     Mountain West Bank Account XXXXXXXXX7081
     Account holder(s):  Timofey Babichenko
u.   Smart Purchase LLC
     Mountain West Bank Account XXXXXXXXX8347
     Account holder(s):  Timofey Babichenko
v.   Advantage Wireless LLC
     Mountain West Bank Account XXXXXXXX2418
     Account holder(s):  Mikhail Iyerusalimets
w.   Mountain Wireless Distributing LLC
     Mountain West Bank Account XXXXXXXX7872
     Account holder(s):  Anna Iyerusalimets and Mikhail Iyerusalimets
x.   Cell Zone LLC

Indictment—23

Mountain West Bank Account XXXXXXXX5144
Account holder(s): Mikhail Iyerusalimets
y.     Cellaris LLC
Mountain West Bank Account XXXXXXXX5928
Account holder(s): Mikhail Iyerusalimets
z.     Metropolitan Brothers LLC
Mountain West Bank Account XXXXXXXXX2636
Account holder(s): Vasiliy Iyerusalimets and Mikhail Iyerusalimets
aa.    Mobile Rack LLC
Mountain West Bank Account XXXXXXXX0407
Account holder(s): Mikhail Iyerusalimets
bb.    Simplified Selling LLC
Mountain West Bank Account XXXXXXXXX6274
Account holder(s): Mikhail Iyerusalimets
cc.    Zovna LLC
Mountain West Bank Account XXXXXXX2627
Account holder(s): Zoya Babichenko
dd.    Mobi LLC
Zions Bank Account XXXXX7203
Account holder(s): Piotr Babichenko
ee.    Wholesale Cell Phones LLC
Zions Bank Account XXXXX7233
Account holder(s): Timofey Babichenko and Silverback Cellular
ff.    Wholesale Cell Phones LLC
Zions Bank Account XXXXX6698
Account holder(s): Timofey Babichenko and Silverback Cellular
gg.    Midstar LLC
Zions Bank Account XXXXX7407
Account holder(s): Natalya and Pavel Babichenko
hh.    Paul and Natalya Babichenko (Household)
Zions Bank Account XXXXX129
Account holder(s): Pavel and Natalya Babichenko
ii.     Paul and NATALYA Babichenko (Cabin)
Zions Bank Account XXXXX9137
Account holder(s): Pavel and Natalya Babichenko
jj.     Morning Star Church
Zions Bank Account XXXXX7197
Account holder(s): Vasiliy Rudyi, Boris Goretoy, and Timofey Babichenko
kk.    Morning Star Church
Zions Bank Account XXXXX7189
Account holder(s): Vasiliy Rudyi, Boris Goretoy, Stanislav Babichenko, and Natalya Babichenko

Indictment—24

ll.     Gennady and Yaraslava Babichenko
        Zions Bank Account XXXXX7644
        Account holder(s): Gennady and Yaraslava Babichenko
mm.     Natalya and Pavel Babichenko
        Zions Bank Account XXXXX1644
        Account holder(s): Natalya Babichenko
nn.     Natalya Babichenko
        Zions Bank Account XXXXX9111
        Account holder(s): Natalya Babichenko
oo.     Pacific Cellular Distributors
        Chase Bank Account XXXXX0250
        Pavel Babichenko and David Bibikov
pp.     Global Distributors
        Chase Bank Account XXXXX1299
        Account holder(s): Kristina and Timofey Babichenko
qq.     Mobi Recycle
        Chase Bank Account XXXXX1525
        Account holder(s): Piotr Babichenko
rr.     Wireless Closeouts
        Chase Bank Account XXXXX0239
        Account holder(s): Kristina Babichenko
ss.     Kristina Popudnik (Babichenko)
        Chase Bank Account XXXXXX7071
        Account holder(s): Kristina Babichenko
tt.     Global Distributing
        Chase Bank Account XXXXX1617
        Account holder(s): Timofey Babichenko
uu.     Pavel Babichenko
        Chase Bank Account XXXXX2661
        Account holder(s): Pavel Babichenko
vv.     Wi Talk
        Chase Bank Account XXXXX2706
        Account holder(s): Piotr Babichenko
ww.     Try Again
        Chase Bank Account XXXXX3086
        Account holder(s): Piotr Babichenko
xx.     Electronix, LLC
        Chase Bank Account XXXXX3095
        Account holder(s): Timofey Babichenko
yy.     Global Distributing
        Chase Bank Account XXXXX3706
        Account holder(s): Anna and Timofey Babichenko
zz.     Power Star, LLC

Indictment—25

                Chase Bank Account XXXXX5577
                Account holder(s): Piotr Babichenko

aaa.    Mobi, LLC
                Chase Bank Account XXXXX6588
                Account holder(s): Piotr Babichenko,

bbb.    Cases & More LLC
                Chase Bank Account XXXXX5310.
                Account holder(s): Piotr and Zoya Babichenko.

6.    <u>Amazon Accounts:</u>  Funds currently on deposit with, or otherwise related to, Amazon.com seller accounts associated with any defendant or related entity.

7.    <u>Business Property and Proceeds Thereof:</u>

    a.    Babichenko Construction, Inc., aka Babichenko Construcoes, Inc.;
    b.    Midstar Construcoes, Inc.; and
    c.    Alphacell LLC;
    d.    Babichenko LLC;
    e.    Midstar Distributor LLC;
    f.    Midstar LLC;
    g.    Midway Distributors Inc.;
    h.    Midway Distributor LLC;
    i.    Midway Cellular LLC;
    j.    Pacific Cellular Distributor LLC;
    k.    Power Moxie LLC;
    l.    Sahara Case LLC.

**Money Laundering Forfeiture**
**18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C. § 2461(c)**

Upon conviction of the offenses alleged in Count Thirty-Four of this Indictment, the defendants, PAVEL BABICHENKO, GENNADY BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALYA BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, MIKHAIL IYERUSALIMETS and ARTUR PUPKO, shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C. § 2461(c), any property, real and

Indictment—26

personal, which constitutes or is derived from proceeds traceable to said violations, and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses, including the real and personal property items set out in the above criminal forfeiture allegation for Trafficking of Counterfeit Devices or Services, which property is realleged and incorporated herein.

### Mail Fraud, Wire Fraud, Fraud Conspiracy Forfeiture
### 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts One through Nineteen of this Indictment, the defendants, PAVEL BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, GENNADY BABITCHENKO, KRISTINA BABICHENKO, NATALYA BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, MIKHAIL IYERUSALIMETS and ARTUR PUPKO, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the scheme to defraud of which the defendants are convicted, including the real and personal property items set out in the above criminal forfeiture allegation for Trafficking of Counterfeit Devices or Services, which property is realleged and incorporated herein.

### Fungible Property as to All Forfeiture Allegations

Pursuant to 18 U.S.C. § 984, the government will seek forfeiture of fungible property.

Indictment—27

**Substitute Assets as to All Forfeiture Allegations**

Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a.   Cannot be located upon the exercise of due diligence;

b.   Has been transferred or sold to, or deposited with, a third person;

c.   Has been placed beyond the jurisdiction of the court;

d.   Has been substantially diminished in value; or

e.   Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 14th day of August, 2018.

A TRUE BILL

*/s/ [signature on reverse]*
_____
Foreperson

BART M. DAVIS
United States Attorney
By:

Katherine Horwitz
Assistant United States Attorney

Indictment—28