# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X)  Initial Appearance**
**(X)  Arraignment**
**(X) Govt.'s Motion for Detention: Continued.**
**(X) Detention Hearing**

MAGISTRATE JUDGE: RONALD E. BUSH          DATE: 8/23/2018
DEPUTY CLERK/ESR:  Lynette Case           Tape started 12:20 pm(20 min)
Boise, IDAHO

UNITED STATES OF AMERICA vs. PAVEL BABICHENKO
CR. 18-258-S-EJL-1

Counsel for: United States (AUSA): Christian Nafzger/Kate Horwitz
Defendant: John DeFranco, CJA Counsel appointed- temporary appt.
USPO: Lisa Melchert
Interpreters today: Elena McGiven and Valeria Kvito-Simon (vouchers signed)

(X) Court reviewed the record/defendant's first appearance. (X) Defendant placed under oath.
(X) Defendant appearing in custody on a Warrant/ Indictment.
(X) Constitutional Rights to Jury Trial and Counsel advised.
(X) **Docket Note:** Court inquired of defendant who advised he is not in need of an Interpreter and Interpreters may be removed from the docket.
(X) Maximum Penalties Provided.
(X) Arraigned on the **Indictment.**
(X) Copy furnished to defendant/understands the charges and maximum penalties.
(X) Waived Reading of  Indictment.
**(X)** Court examined Financial Affidavit, made qualification and appointed CJA Counsel. Defendant was questioned and qualified regarding the financial affidavit.
(X) **Docket Note:** Court advised, upon review, it may set an additional hearing to inquire of defendant's financial affidavit. Court will advise if such hearing is necessary.
(X ) PLEA: Not Guilty Plea entered as to all counts and denials as to Forfeiture Allegations.
(X) Court entered Procedural Order with counsel making their elections for **9:30 AM, OCTOBER 23 , 2018 at Boise, Idaho, before Judge Lodge.**
 (X) Govt. requested to keep search and seizure warrants under seal at this time; however will provide to defense counsel as part of their discovery.

(X) Govt's Motion for Detention: Govt. requested 3 day continuance.

(X) **ORDER:**    Court entered Order of Temporary Detention: Setting this matter for 2pm, TUES 8/28/18, before Judge Bush.

**Defendant remanded to custody of USMS.**
**Counsel may keep Bail Report; so Ordered.** Report to be supplemented for DH.