## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| USA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Pavel Babichenko, et al. )<br>)<br>Defendant. )<br>) | Case Number: 1:18–cr–00258–EJL |

---

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

---

    Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter/transcriber in the above−captioned matter. The parties have five (5) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be available electronically to the public without redaction after 90 calendar days.

    Counsel are required to serve the court reporter/transcriber with the Notice of Intent to Request Redaction.

    Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/transcriber or view the document at the clerk's office public terminal.

DATED: 9/14/2018                                                       Stephen W. Kenyon ,Clerk