Jeffrey Brownson
Idaho State Bar No. 7474
LAW OFFICE OF JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
(208) 342-5800
(208) 437-8041 (fax)
jb@jeffreybrownsonlaw.com

Attorney for Gennady Babitchenko

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMENTS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>           Defendants. | CASE NO. CR-18-00258-BLW<br><br>**MOTION TO CONTINUE JURY TRIAL OR ALTERNATIVELY TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL** |

Defendant Gennady Babitchenko, through his attorney, moves the Court for its Order

vacating the jury trial in the above captioned case, which is presently scheduled to commence

1 • MOTION TO CONTINUE JURY TRIAL OR ALTERNATIVELY TO WITHDRAW
AND FOR SUBSTITUTION OF COUNSEL

on June 3, 2019 and continuing the matter for thirty (30) days from the present trial date and also to extend the time for filing pretrial motions based upon the new trial date.  Mr. Babitchenko moves the Court to find that the delay caused by granting the present motion shall be excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161

Good cause exists to grant this motion. Undersigned counsel was appointed to represent Mr. Babitchenko on November 28, 2018.  Dkt. 156.  On November 30, 2018 the Court issued its Memorandum Decision and Order designating this case as complex under 18 U.S.C. § 3161(h)(7)(B)(ii) and scheduling the trial to commence on June 3, 2019.  Dkt. 157. Undersigned counsel's wife is expecting and due June 15, 2019.

The Government does not oppose the present motion.  Similarly, counsel for the following co-defendants has indicated their clients do not oppose the present motion: Pavel Babichenko; Piotr Babichenko; Kristina Babichenko; David Babikov; and Anna Iyerusalimets.  And it is unknown whether the following co-defendants oppose the present motion: Timofey Babichenko; Natalya Babichenko; Mikhail Iyerusalimets; and Artur Pupko.

Alternatively, counsel respectfully moves this Court, pursuant to Local Criminal Rule 44.1(b) to permit counsel to withdraw from further representation of Mr. Babitchenko in the above referenced case.

This motion is based upon the record herein and upon the Declaration of Counsel, contemporaneously filed.

DATED this 6th day of December 2018.

/s/ Jeffrey Brownson

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2018, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Assistant United States Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 East Park Blvd., Ste. 600
Boise, ID 83712
Kate.Horwitz@usdoj.gov

Christian S. Nafzger
Assistant United States Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 East Park Blvd., Ste. 600
Boise, ID 83712
Christian.Nafzger@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

J.D. Merris
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

S. Richard Rubin
Melissa Winberg
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
dick_rubin@fd.org
melissa_winberg@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

Gabriel McCarthy
802 W. Bannock Street, Suite 201
Boise, Idaho 83702
gabe@gabrielmccarthy.com
*Attorney for Artur Pupko*

/s/ Jeffrey Brownson