| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | FEB 4 2019 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>PAVEL BABICHENKO,<br><br>        Defendant-Appellant. | No.   19-30027<br><br>D.C. No.<br>1:18-cr-00258-BLW-1<br>District of Idaho,<br>Boise<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Tuesday, February 19, 2019**    9a Memo/Motion Due

The Response shall be filed within 10 days of service of the 9a Memo/Motion. See 9th Cir. R. 9-1.1.

The Optional Reply may be filed within 7 days of service of the Response. See 9th Cir. R. 9-1.1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

                                    FOR THE COURT:

                                    MOLLY C. DWYER<br>
                                    CLERK OF COURT


                                    By: Howard Hom<br>
                                    Deputy Clerk<br>
                                    Ninth Circuit Rule 27-7