Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
ANNA IYERUSALIMETS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAVEL BABICHENKO, ) <br> GENNADY BABITCHENKO, ) <br> PIOTR BABICHENKO, ) <br> TIMOFEY BABICHENKO, ) <br> KRISTINA BABICHENKO, ) <br> NATALYA BABICHENKO, ) <br> DAVID BIBIKOV, ) <br> ANNA IYERUSALIMETS, ) <br> MIKHAIL IYERUSALIMETS, ) <br> ARTUR PUPKO, ) <br> ) <br> Defendants. ) <br> ) | CR18-258-S-BLW <br><br> UNOPPOSED MOTION FOR DISCLOSURE OF GRAND JURY INSTRUCTIONS |

TO: BART M. DAVIS, UNITED STATES ATTORNEY
KATE HORWITZ, ASSISTANT UNITED STATES ATTORNEY
JOHN CHARLES DEFRANCO, ATTORNEY FOR PAVEL
BABICHENKO

JEFFREY BROWNSON, ATTORNEY FOR GENNADY BABITCHENKO
PAUL RIGGINS, ATTORNEY FOR PIOTR BABICHENKO
ROB S. LEWIS, ATTORNEY FOR TIMOFEY BABICHENKO
GREG S. SILVEY, ATTORNEY FOR KRISTINA BABICHENKO
J.D. MERRIS, ATTORNEY FOR NATALYA BABICHENKO
ROBYN A. FYFFE, ATTORNEY FOR DAVID BIBIKOV
ELLEN NICHOLE HORRAS SMITH, ATTORNEY FOR MIKHAIL IYERUSALIMETS
GABRIEL J. MCCARTHY, ATTORNEY FOR ARTUR PUPKO

ANNA IYERUSALIMETS, by and through her attorneys, Samuel Richard Rubin and Melissa Winberg for the Federal Defender Services of Idaho, respectfully asks the Court to authorize the government to disclose to the defense the legal instructions to the grand jury in this case. This request is unopposed.

## BACKGROUND

On August 14, 2018, the grand jury returned a thirty-four count indictment charging ten people—Ms. Iyerusalimets and nine co-defendants—with Conspiracy to Commit Wire Fraud, Wire Fraud, Mail Fraud, Conspiracy to Traffic in Counterfeit Goods, and Conspiracy to Launder Money. (ECF No. 1.)

In the course of providing discovery, the government subsequently provided a transcript of the grand jury proceedings to the defense. The government has not yet disclosed the legal instructions it gave to the grand jury. While the government is not opposed to providing those instructions to

the defense, it is not comfortable doing so without a court order authorizing the disclosure. Ms. Iyerusalimets accordingly asks the Court to authorize this disclosure to the defense.

## **DISCUSSION**

In this district, the government is "authorized, pursuant to Fed. R. Crim. P. 6(e), to disclose grand jury materials to the defense counsel, defense counsel support staff . . . and the defendant," with the understanding that each will "act as custodians of any grand jury information disclosed under this Procedural Order," including by "preserv[ing] and protect[ing] the confidentiality of th[e] [disclosed] information." General Order 319(I)(9).

Because grand jury instructions are "grand jury materials," General Order 319 authorizes the government to disclose them to the defense—and this Court should confirm that authorization.

Even if grand jury instructions do not qualify as "grand jury materials," an order authorizing disclosure of the government's legal instructions to the grand jury would be both lawful and in keeping with the policy of General Order 319. Unlike some grand jury materials, the government's legal instructions to the grand jury "do not implicate any of the concerns typically cited in support of grand jury secrecy." *United States v. Facteau*, 2016 WL 4445741, at *4 (D. Mass. 2016). Because of this—even in districts that do not have a standing authorization for disclosure of grand jury materials—the

government's legal instructions to the grand jury are disclosable as a matter of course, and without any showing of "particularized need." *United States v. Diaz*, 236 F.R.D. 470, 477–78 (N.D. Cal. 2006); *see United States v. Belton*, 2015 WL 181273, at *3 (N.D. Cal. Apr. 21, 2015) (collecting cases standing for the proposition that "defendants are entitled to the transcript of the instructions and charges to the grand jury" without any showing of particularized need); *see also United States v. Alter*, 482 F.2d 1016, 1029 n.21 (9th Cir. 1973) ("Alter was entitled to know the content of the court's charges to the grand jury.").

Based on this authority, and given that the government does not oppose Ms. Iyerusalimets's request for the government's instructions to the grand jury, Ms. Iyerusalimets respectfully asks the Court to authorize the government to disclose those instructions to the defense.

## **CONCLUSION**

For the reasons stated above, Ms. Iyerusalimets respectfully asks the Court to authorize the government to disclose the government's instructions to the grand jury that returned the indictment in this case.

-5-

Dated: March 27, 2019

Respectfully submitted,

        SAMUEL RICHARD RUBIN
        FEDERAL PUBLIC DEFENDER
        By:

        <u>/s/ Samuel Richard Rubin</u>
        Samuel Richard Rubin
        Federal Public Defender
        Federal Defender Services of Idaho
        Attorneys for Defendant
        ANNA IYERUSALIMETS

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, UNOPPOSED MOTION FOR DISCLOSURE OF GRAND JURY INSTRUCTIONS, was served on all parties named below on this 27th day of March, 2019.

| | |
|---|---|
| Kate Horwitz, Assistant United States Attorney | |
| Office of the United States Attorney | ____United States Mail |
| Washington Group Plaza, IV | ____Hand Delivery |
| 800 Park Blvd, Suite 600 | ____Facsimile Transmission |
| Boise, ID 83712 | _X__CM/ECF Filing |
| (208) 334-1211 | ____Email Transmission |
| (208) 334-1413 – Facsimile | |
| Kate.Horwitz@usdoj.gov | |
| | |
| John Charles DeFranco | ____ Hand Delivery |
| Ellsworth, Kallas & DeFranco, PLLC | ____ United States Mail |
| 1031 E. Park Blvd. | _X__ CM/ECF Filing |
| Boise, ID 83712 | ____ Email Transmission |
| jcd@greyhawklaw.com | |
| | |
| Jeffrey Brownson | ____ Hand Delivery |
| Law Office of Jeffrey Brownson | ____ United States Mail |
| 223 North 6th Street, Suite 215 | _X__ CM/ECF Filing |
| Boise, ID 83702 | ____ Email Transmission |
| jb@jeffreybrownsonlaw.com | |
| | |
| Paul E. Riggins | ____ Hand Delivery |
| Riggins Law | ____ United States Mail |
| POB 5308 | _X__ CM/ECF Filing |
| Boise, ID 83705 | ____ Email Transmission |
| rigginslaw@gmail.com | |
| | |
| Rob S. Lewis | ____ Hand Delivery |
| 960 Broadway #210 | ____ United States Mail |
| Boise, ID 83701 | _X__ CM/ECF Filing |
| office@roblewislaw.com | ____ Email Transmission |

-7-

| | |
|---|---|
| Greg S. Silvey<br>PO Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com | ____ Hand Delivery<br>____ United States Mail<br>__X__ CM/ECF Filing<br>____ Email Transmission |
| J D Merris<br>Merris and Naugle<br>913 W. River St. 420<br>Boise, ID 83702<br>jmerris@cableone.net | ____ Hand Delivery<br>____ United States Mail<br>__X__ CM/ECF Filing<br>____ Email Transmission |
| Robyn Fyffe<br>Fyffe Law<br>PO Box 5681<br>Boise, ID 83705<br>robyn@fyffelaw.com | ____ Hand Delivery<br>____ United States Mail<br>__X__ CM/ECF Filing<br>____ Email Transmission |
| Ellen Nichole Horras Smith<br>5561 N. Glenwood St.<br>Boise, ID 83714<br>ellen@smithhorras.com | ____ Hand Delivery<br>____ United States Mail<br>__X__ CM/ECF Filing<br>____ Email Transmission |
| Gabriel J. McCarthy<br>401 W. Front St. Ste 302<br>Boise, ID 83702<br>gabe@gabrielmccarthy.com | ____ Hand Delivery<br>____ United States Mail<br>__X__ CM/ECF Filing<br>____ Email Transmission |

Dated: March 27, 2019        /s/ Joy Fish
                                              Joy Fish