FILED

MAR 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> GENNADY BABITCHENKO, AKA Gennadii Babichenko, <br><br> Defendant-Appellant. | No. 19-30024 <br><br> D.C. No. 1:18-cr-00258-BLW-2 |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> PAVEL BABICHENKO, <br><br> Defendant-Appellant. | No. 19-30027 <br><br> D.C. No. 1:18-cr-00258-BLW-1 <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: SILVERMAN, TALLMAN, and MURGUIA, Circuit Judges.

These are related appeals from the district court's order denying appellants' motions for pre-trial release. We have jurisdiction pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

Appellants contend they are entitled to release because the anticipated length of their pretrial detention violates due process. However, appellants' pretrial detention in this case has not been excessively prolonged and does not violate due

KWH/MOATT

process under the circumstances of this case. *See United States v. Gelfuso*, 808 F.3d 785, 359-60 (9th Cir. 2015).  Appellants' contentions that anticipated future delays will render their detention unconstitutional are not yet ripe, and we decline to address them.

Gennady Babitchenko next argues that he should be released on conditions because he is not a "flight risk, a threat to the trial process, and/or a danger to the community."  In its September 25, 2018 detention order, the district court ordered appellants detained finding that no condition or combination of conditions would reasonably assure their presence as required. *See* 18 U.S.C. § 3142(e).  Gennady Babitchenko did not appeal.  In his subsequent motion for release, he failed to present any new evidence or information that would affect the district court's prior decision in any way.  In these circumstances, the district court did not err in declining to revisit its prior detention order. *See id.* § 3142(f).

**AFFIRMED.**