IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>PAVEL BABICHENKO,  )<br>GENNADY BABITCHENKO,  )<br>PIOTR BABICHENKO,  )<br>TIMOFEY BABICHENKO,  )<br>KRISTINA BABICHENKO,  )<br>NATALYA BABICHENKO,  )<br>DAVID BIBIKOV,  )<br>ANNA IYERUSALIMETS,  )<br>MIKHAIL IYERUSALIMETS,  )<br>ARTUR PUPKO  )<br>  )<br>    Defendants.  )<br>_____  ) | CR18-258-S-BLW<br><br>**ORDER GRANTING MOTION FOR DISCLOSURE OF GRAND JURY INSTRUCTIONS** |

    The Court has before it Defendant's motion to authorize the government to disclose to the defense the legal instructions to the grand jury. (Docket No. 191). Having considered the pleading, the Court shall GRANT the unopposed request. Now, therefore, it is hereby ORDERED that the government shall provide to the defense the legal instructions given to the grand jury.

**Order - 1**

DATED: March 28, 2019

B. Lynn Winmill  
United States District Judge

Order - 2