**一切为你 (yiqieweini333970)**
7/9/2014 4:11:39 PM
Ok pls send ASAP thanks

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:11:47 PM
I well for sure

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:11:57 PM
So what do you mean no s3 mini

✓ Received
**一切为你 (yiqieweini333970)**
7/9/2014 4:11:58 PM
Ok

✓ Received
**一切为你 (yiqieweini333970)**
7/9/2014 4:13:00 PM
I don't have them now.

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:13:42 PM
Can u get them

✓ Received
**一切为你 (yiqieweini333970)**
7/9/2014 4:14:35 PM
How much you can take ? I cannot get good price

✓ Received
**一切为你 (yiqieweini333970)**
7/9/2014 4:14:48 PM
Very hot



↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:16:03 PM
What do you mean how much

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:16:13 PM
What price you could do

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:16:17 PM
And what version

↙ Received
一切为你 **(yiqieweini333970)**
7/9/2014 4:16:45 PM
You need euro version, right

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:17:02 PM
Yes

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:17:10 PM
What price can you do?

↙ Received
一切为你 **(yiqieweini333970)**
7/9/2014 4:18:25 PM
Somebody told me euro version many fake boards, it works but just not real board

↙ Received
一切为你 **(yiqieweini333970)**

7/9/2014 4:18:41 PM

I mean not original board

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/9/2014 4:18:47 PM

Then what kind is original

✓ Received

一切为你 **(yiqieweini333970)**

7/9/2014 4:19:31 PM

From used phones is original

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/9/2014 4:19:49 PM

So can you get?

✓ Received

一切为你 **(yiqieweini333970)**

7/9/2014 4:20:22 PM

Can't

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/9/2014 4:22:19 PM

Oh really?

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/9/2014 4:22:37 PM

Then what kind s3 mini your clients offered u?

✓ Received

一切为你 **(yiqieweini333970)**

7/9/2014 4:22:58 PM

Fake board

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:23:15 PM
Oh

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:23:25 PM
Those suppose to be very cheap then

↙ Received
一切为你 **(yiqieweini333970)**
7/9/2014 4:23:45 PM
The board is made by China factory. But same as original

↙ Received
一切为你 **(yiqieweini333970)**
7/9/2014 4:24:07 PM
The supplier said they sell lot to US

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:24:24 PM
What price on those

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
7/9/2014 4:24:39 PM
Imei has to match in Samsung system as s3 mini

↙ Received
一切为你 **(yiqieweini333970)**
7/9/2014 4:24:50 PM
All match

↙ Received
一切为你 **(yiqieweini333970)**
7/9/2014 4:25:01 PM

Around $10 cheaper

一切为你 **(yiqieweini333970)**

↙ Received

7/9/2014 4:25:28 PM

Nobody can find it is fake if they don't say

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/9/2014 5:59:12 PM

What do u mean $10 cheaper

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/9/2014 5:59:16 PM

How much is that?

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/10/2014 12:07:52 AM

Hi Wallace

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/10/2014 2:43:50 AM

Bro u there

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/10/2014 3:59:46 AM

Hi Wallace

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

7/11/2014 4:13:14 AM

Hi Wallace

✓ Received

一切为你 **(yiqieweini333970)**

9/22/2014 3:16:49 AM

low margin big risk

✓ Received

一切为你 **(yiqieweini333970)**

9/22/2014 3:17:06 AM

it is not a good industry like before anymore

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

9/22/2014 3:21:08 AM

Yes very true

✓ Received

一切为你 **(yiqieweini333970)**

9/22/2014 3:22:51 AM

Vlad said apple lawyer needs him to respond in 10 days. what will happen you think? will they send police to vlad office to check the phones in stock?

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

9/22/2014 3:23:31 AM

Not police

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

9/22/2014 3:23:37 AM

They might sue him

✓ Received

一切为你 **(yiqieweini333970)**

9/22/2014 3:25:38 AM

have you or anybody else you know ever had the case?

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

9/22/2014 3:28:37 AM


I got letters from apple
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
9/22/2014 3:28:46 AM
I hired lawyer
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
9/22/2014 3:29:05 AM
And send them letter saying we buy refurbished phones original
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
9/22/2014 3:29:12 AM
No issues yet
✓ Received
一切为你 (yiqieweini333970)
9/22/2014 3:29:13 AM
OK
✓ Received
一切为你 (yiqieweini333970)
9/22/2014 3:29:17 AM
good
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
9/22/2014 3:29:24 AM
I'm doing this for 12 years
✓ Received
一切为你 (yiqieweini333970)
9/22/2014 3:29:33 AM
vlad should do like you


Ok
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
9/24/2014 4:03:14 AM
Looks like Vlad will get out doing phones
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
9/24/2014 4:03:25 AM
He still debating
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
9/24/2014 4:03:43 AM
But he feels he wants to stop doing phones
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
9/24/2014 4:04:05 AM
Did he talk to you yet about it?
↙ Received
一切为你 (yiqieweini333970)
9/24/2014 4:04:47 AM
Not yet
↙ Received
一切为你 (yiqieweini333970)
9/24/2014 4:04:57 AM
Why? Scare apple to use him?
↙ Received
一切为你 (yiqieweini333970)
9/24/2014 4:05:01 AM
Sue

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:05:05 AM
Yes

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:05:12 AM
And he can't sleep

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:05:17 AM
Not just about Apple

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:05:25 AM
But overall business

↙ Received
一切为你 **(yiqieweini333970)**
9/24/2014 4:05:44 AM
What he will do if he will not sell phones?

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:06:08 AM
Wants to take little time off

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:06:15 AM
And start doing other stuff

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:06:24 AM
He doesn't known yet 100%

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:06:36 AM
In this kind business person has to take pressure and he doesn't have that looks like

↙ Received
一切为你 **(yiqieweini333970)**
9/24/2014 4:06:57 AM
He is still young

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:07:03 AM
True

↙ Received
一切为你 **(yiqieweini333970)**
9/24/2014 4:07:15 AM
Need more risks to excise

↙ Received
一切为你 **(yiqieweini333970)**
9/24/2014 4:07:28 AM
I feel comfortable with anything

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/24/2014 4:07:31 AM
That's why I'm still here :)

↙ Received
一切为你 **(yiqieweini333970)**
9/24/2014 4:07:37 AM
Yes

一切为你 **(yiqieweini333970)**
10/15/2014 3:23:48 PM

For Motorola Htc and lg

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/15/2014 3:23:51 PM

I'll give you a list on that too

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/15/2014 3:23:57 PM

See what can u do for me

↙ Received
一切为你 **(yiqieweini333970)**
10/15/2014 3:24:09 PM

Ok thanks

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/15/2014 3:24:17 PM

I want to do min 5k phones a month

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/15/2014 3:24:32 PM

To start going growing fast

↙ Received
一切为你 **(yiqieweini333970)**
10/15/2014 3:24:43 PM

Tell me your idea

↙ Received
一切为你 **(yiqieweini333970)**
10/15/2014 3:24:44 PM

It is easy for me

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/16/2014 6:27:10 AM
The stuff you seen bro

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/16/2014 6:27:15 AM
At my warehouse

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/16/2014 6:27:37 AM
Just got in some couple more models

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/16/2014 6:27:48 AM
That's all I'm going to stop buying used

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/16/2014 6:27:54 AM
And sell your stuff

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
10/16/2014 6:28:10 AM
Only bid if you want to bid on higher end

↙ Received
一切为你 **(yiqieweini333970)**
10/16/2014 6:28:18 AM
I just think it does not make sense

↙ Received
一切为你 **(yiqieweini333970)**
10/16/2014 6:28:31 AM

✓ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:03:49 PM
Thanks bro

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:04:06 PM
We will try to get it released for you

✓ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:04:16 PM
Please

✓ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:04:53 PM
I really worry about customs. I just worry sooner or later Dhl will have issue since I ship many boxes

✓ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:05:06 PM
to you

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:05:24 PM
Maybe change company names around?

✓ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:05:30 PM
I am changing my company name now

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:05:47 PM

Maybe sending 2-3 different company names

✓ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:06:03 PM
Do you have other company name and address?

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:06:07 PM
Yes

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:06:17 PM
I have old company names

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:06:21 PM
That I don't use

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:06:35 PM
Like Celltalk LLC

✓ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:06:43 PM
Better address is different also

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:06:46 PM
Celltalk LLC

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:06:50 PM
Oh

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:06:56 PM
Let me think

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:07:02 PM
What about my house

↙ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:07:07 PM
Yes

↙ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:07:11 PM
You can use

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:07:16 PM
2890 S Pasa Tiempo way

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:07:23 PM
Eagle, ID 83616

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:07:31 PM
Celltalk LLC

↙ Received
**一切为你 (yiqieweini333970)**
11/26/2014 2:07:33 PM
Great

↙ Received
**一切为你 (yiqieweini333970)**
11/26/2014 2:07:46 PM
Ship to your house just use personal name

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:08:00 PM
Use name Natalie Babich

↙ Received
**一切为你 (yiqieweini333970)**
11/26/2014 2:08:08 PM
I ship to another customer also ship some to his house

↙ Received
**一切为你 (yiqieweini333970)**
11/26/2014 2:08:11 PM
Ok good

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:14:24 PM
Wallace I have htc one mini m4 coming from AT&T can u use?

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:14:35 PM
With unlocking codes

↙ Received

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:32:42 PM
That's not in issues to move 500-1000 per model

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:32:51 PM
That's easy to do

↙ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:32:52 PM
Are u sure

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:32:59 PM
Of course

↙ Received
一切为你 **(yiqieweini333970)**
11/26/2014 2:34:33 PM
What models for example?

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:34:49 PM
I9300,

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
11/26/2014 2:35:08 PM
I337, i747, n7100, i8190

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 2:35:14 PM

IPhones all kind

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 2:35:19 PM

Lg

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 2:35:34 PM

I could keep going

↙ Received

一切为你 **(yiqieweini333970)**

11/26/2014 2:35:45 PM

I believe all these models you sell to retail guys not big buyer, right?

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 2:36:28 PM

If you have 10-15 retail Guys easy to move 500-1000 models

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 2:36:41 PM

Not saying wholesale market to supply

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 2:36:57 PM

You will have full hands bro

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 2:37:35 PM

We could move easily 10k phones monthly in USA production

✓ Received

一切为你 **(yiqieweini333970)**

11/26/2014 3:23:27 PM

Is US safe if refurbish there?

✓ Received

一切为你 **(yiqieweini333970)**

11/26/2014 3:23:44 PM

Any risk police visit ?

✓ Received

一切为你 **(yiqieweini333970)**

11/26/2014 3:23:50 PM

Like your facility

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 3:24:51 PM

Of course safe

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 3:25:00 PM

It's not like china bro

↗ Sent

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**

11/26/2014 3:25:09 PM

You could do what ever you want

✓ Received

一切为你 **(yiqieweini333970)**

11/26/2014 3:25:10 PM

That's good

↗ Sent

Bye

↙ Received
一切为你 **(yiqieweini333970)**
12/3/2014 6:22:03 AM

For batteries, can we send you the new labels and you ask a worker to replace them? I pay $1000 for the labor

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:29:54 AM

Labor will cost a lot more then that

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:30:02 AM

Believe me

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:30:24 AM

We tried ones before when somebody had that mistake

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:30:35 AM

And was disaster removing

↙ Received
一切为你 **(yiqieweini333970)**
12/3/2014 6:30:37 AM

Not that much.

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:30:42 AM

And putting new labels

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:30:52 AM
Problem is removing biggest issue

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:31:09 AM
That's why I stop ordering from other guy

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:31:14 AM
Because mistake like this

↙ Received
一切为你 **(yiqieweini333970)**
12/3/2014 6:31:16 AM
Let me Ask supplier how to remove fast

↙ Received
一切为你 **(yiqieweini333970)**
12/3/2014 6:33:57 AM
Can we just put on new label on the old one?

↙ Received
一切为你 **(yiqieweini333970)**
12/3/2014 6:34:10 AM
No need to remove the old one

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:35:07 AM
It won't work

↗ Sent
**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
12/3/2014 6:35:16 AM


And if my clients find out
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
12/3/2014 6:35:20 AM
Big lawsuit
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
12/3/2014 6:35:44 AM
Let me ask my clients what can we do with this issue
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
12/3/2014 6:35:51 AM
I'll ask there suggesting
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
12/3/2014 6:36:00 AM
It's a lot of Batterys
✓ Received
一切为你 (yiqieweini333970)
12/3/2014 6:45:37 AM
Ok
✓ Received
一切为你 (yiqieweini333970)
12/3/2014 6:45:44 AM
Pls talk to your buyers
↗ Sent
Paul Babichenko/MidStar (wxid_af39nx4897hp12)
12/3/2014 6:46:02 AM
Yes tomorrow I'll start talking to