UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALIE BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>   Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**FIRST ORDER MODIFYING<br>GENERAL ORDER NO. 319** |

The Court, having previously designated this case as complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), HEREBY ORDERS that a jury trial is scheduled to commence in this matter on Monday, October 5, 2020, at 1:30 p.m. at the James A. McClure Federal Building and Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the Revised Criminal Procedural Order set forth in General Order 319 is hereby modified as follows:

**FIRST ORDER MODIFYING GENERAL ORDER NO. 319 – 1**

A. **EXPERT WITNESS IDENTIFICATION AND DISCLOSURE**

1. The Government will identify and disclose expert witnesses by **January 1, 2020**. The Defendants will identify and disclose expert witnesses by **March 1, 2020**. The disclosures must include a written summary of the expected testimony from an expert witness, including his or her opinions, and the bases and reasons for those opinions and qualifications. Fed. R. Crim. P. 16(a)(1)(G).

2. The parties must identify rebuttal experts by **April 1, 2020**.

3. The parties must provide all expert related discovery no later than **May 1, 2020**.

B. **PRETRIAL MOTIONS**

1. All pre-trial motions including those pursuant to Fed. R. Crim. P. 12, but excepting motions in limine, must be filed on or before **April 3, 2020**. Any motions in limine should be filed by **August 7, 2020**.

2. All responsive memoranda to pretrial and post-trial motions must be filed on or before the thirtieth (30th) day following the filing of any motion. Any reply memoranda to motions must be filed on or before the fourteenth (14th) day following the filing of the response memoranda.

3. Proposed voir dire, proposed jury instructions, proposed verdict forms, exhibit lists, and a copy of exhibits must be filed on or before **September 7, 2020**.

**FIRST ORDER MODIFYING GENERAL ORDER NO. 319 – 2**

All other terms, deadlines, and conditions of General Order No. 319 not specifically referenced or amended in this Order remain in effect. The parties must file a stipulation or motion if they wish to modify the terms of this Order or the unmodified portions of General Order No. 319. The parties must also continue to diligently work with the Coordinating Discovery Attorney, Rusk Aoki, to effectuate full and fair discovery.

The Court will set periodic status conferences to obtain information about the status of discovery and to promote effective case management.

**IT IS SO ORDERED**.

DATED: August 12, 2019

_____
B. Lynn Winmill
U.S. District Court Judge

**FIRST ORDER MODIFYING GENERAL ORDER NO. 319 – 3**