JOHN C. DEFRANCO, ESQ. ISB 4953
ELLSWORTH, KALLAS & DEFRANCO, P.L.L.C.
1031 E. Park Blvd.
Boise, ID 83712
Phone: (208) 336-1843
Fax: (208) 345-8945
E-mail jcd@greyhawklaw.com

Attorney for Defendant – Pavel "Paul" Babichenko

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR-18-00258-BLW |
| vs. | |
| PAVEL BABICHENKO, GENNADY BABITCHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALYA BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMENTS, MIKHAIL IYERUSALIMETS, ARTUR PUPKO, | MOTION TO RETURN PROPERTY |
| Defendants. | |

COMES NOW, PAVEL "PAUL" BABICHENKO, by and through his attorney, John C. DeFranco, hereby asks this court to order the return of property namely seized vehicles pursuant to Federal Rule of Criminal Procedure 41(g).  Mr. Babichenko alleges he is an aggrieved person due to the deprivation of the use of his vehicles.  Mr. Babichenko further requests the property be returned under an alternate theory of hardship pursuant to 18 U.S.C. 983(f).

Dated: November 4, 2019

_____/s/_____
John Charles DeFranco
Attorney for Pavel "Paul" Babichenko

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of November, 2019, I served a true and correct copy of the within and foregoing document by the method indicated below and addressed to the following:

Kate Horowitz,
Assistant US Attorney Office of the United States Attorney
Kate.horwitz@usdoj.gov

Christian Samuel Nafzger,
Assistant US Attorney Office of the United States Attorney
Christian.nafzger@usdoj.gov

Jeffrey Brownson
Attorney for Gennady Babichenko
jb@jeffreybrownsonlaw.com

Paul Riggins,
Attorney for Piotr Babichenko
rigginslaw@gmail.com

Rob S. Lewis,
Attorney for Timofey Babichenko
office@roblewislaw.com

Greg S. Silvey,
Attorney for Kristina Babichenko
greg@idahoappeals.com

JD Merris,
Attorney for Natalya Babichenko
jmerris@cableone.net

Samuel Richard Rubin, Melissa Winberg and Nicole Owens
Attorney(s) Anna Iyerusaliments
Dick_rubin@fd.org
Melissa_Winberg@fd.org

Robyn Fyffe,
Attorney For David Bibikov
Robyn@fyffelaw.com

Motion to Return Property

Gabriel J. McCarthy,
Attorney for Artur Pupko
gabe@gabrielmccarthy.com

Ellen Smith,
Attorney for Mikhail Iyersalimets
ellen@smithhorras.com


_____/s/_____
Megan Lentz
