EXHIBIT C

## REQUEST FOR HARDSHIP RELEASE OF SEIZED PROPERTY

Comes now, Pavel Babichenko, pursuant to 18 U.S.C. 983(f) and associated regulations, and requests a hardship release of property seized by the FBI, more particularly described as follows:

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 18-FBI-005698 | 2016 Lexus LX570 |
| 2 | 18-FBI-005700 | 2012 Jeep Wrangler Rubicon |

In support of this request, Mr. Babichenko states:

1. Mr. Babichenko has filed a valid claim to the property pursuant to 28 CFR 8.10 and 18 U.S.C. 983(a).
2. Mr. Babichenko has a possessory interest in the property.
3. Mr. Babichenko has sufficient ties to the community to provide assurance that the property will be available at the time of trial.
4. Continued possession of the property by the Government pending the final disposition of forfeiture proceedings will cause substantial hardship to Mr. Babichenko, by preventing him from seeking, finding and participating in employment, and by not having transportation resources available to him to provide assistance in caring for his five (5) minor children under the age of 10.
5. Mr. Babichenko's likely hardship from continued possession of the property by the Government outweighs the risk that the property will be destroyed, damaged, lost, concealed or transferred if it is returned to Mr. Babichenko during the pendency of the proceeding; and
6. The seized property is not:
    a. Contraband;
    b. Mr. Babichenko's possession of the property prior to seizure was not prohibited by state or federal law;
    c. Intended to be used as evidence of a violation of law;
    d. By reason of design or characteristic, particularly suited for use in illegal activities; or
    e. Likely to be used to commit additional criminal acts if returned to Mr. Babichneko.

I attest and declare under penalty of perjury that my request is not frivolous and the information provided in support of my request is true and correct to the best of my knowledge and belief.

/s/ *signature*

Pavel Babichenko

Dated this 19th day of November, 2018