# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Telephonic Status Conference**

U.S. District Judge: B. Lynn Winmill         Date: November 4, 2019
Deputy Clerk: Sunny Trumbull                 Time: 2:33 – 2:56 p.m.
Court Reporter: Tammy Hohenleiter

<u>USA vs. BABICHENKO et al, Case No. 1:18-cr-00258-BLW</u>

Counsel for:  Plaintiff: Katherine Horwitz and Timothy Flowers
              Defendants: JD Merris for Natalya Babichenko
                    Paul Riggins for Piotr Babichenko
                    Melissa Winberg, Dick Rubin & Nicole Owens for Anna Iyerusalimets
                    Ellen Horras Smith for Mikhail Iyerusalimets
                    Rob Lewis for Timofey Babichenko
                    Greg Silvey for Kristina Babichenko
                    Robyn Fyffe for David Bibikov
                    Jeffrey Brownson for Gennady Babichenko
                    John DeFranco for Pavel Babichenko

The Court noted this matter is set for a Telephonic Status Conference to discuss the status of discovery.

Counsel expressed concerns to the Court regarding discovery and expert witnesses.

The Court advised counsel to coordinate amongst themselves to resolve stated issues.

The Court will conduct another status conference in approximately 4 weeks. The hearing will be set by a separate notice.