BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEYS
TIMOTHY FLOWERS, TENNESSEE STATE BAR NO. 030151
UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY
ATTORNEYS FOR THE UNITED STATES OF AMERICA
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALIE BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br><br>    Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY FROM TRADEMARK AND CERTIFICATION MARK HOLDERS** |

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States of America, by and through Bart M. Davis, United States Attorney for the District of Idaho, and Katherine Horwitz and Christian Nafzger, the undersigned Assistants United States Attorney, and Timothy Flowers, United States Department of Justice Trial Attorney, files

this written summary of expert testimony that it intends to introduce under Federal Rules of Evidence 702, 703, and 705.[1] The United States intends to call the following witnesses as experts of the respective trademark and certification mark holders' products, counterfeit brand protection, and counterfeit analyses of products in this case.

## APPLE INC.

The United States may call Leah Caras as an expert in Apple Inc. brand security and anti-counterfeiting initiatives. Since 2010, Ms. Caras has been a Brand Protection Manager at Apple Inc. ("Apple"), where she is responsible for the day-to-day management of the company's detainments and seizures of products arriving in the Americas. *See* Exhibit 1.A. She supports criminal investigations by identifying counterfeit products and drafting declarations and affidavits that reflect her findings. Ms. Caras works with Apple in-house counsel in the drafting of cease-and-desist and demand letters on matters involving counterfeit product and other trademark infringements, in addition to taking part in compliance checks. Ms. Caras is also responsible for monitoring past infringers of Apple's products.

The United States anticipates that Ms. Caras will testify that she examined the mobile-device parts and accessories bearing the various Apple Inc. trademarks at issue in this case. Ms. Caras is expected to testify that, in her opinion, these parts and accessories were not authentic Apple products, because, among other reasons, the manufacturing specifications of the counterfeit merchandise were inferior and the counterfeit products lacked crucial indicia of legitimate Apple Inc. products. Ms. Caras is also expected to

---

[1] The Government respectfully reserves the right to supplement this notice as required during the pendency of this litigation.

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE**
**EXPERT TESTIMONY OF TRADEMARK**
**AND CERTIFICATION MARK HOLDERS—2**

explain the process by which counterfeiters unsuccessfully attempt to replicate legitimate Apple products. Mr. Caras is expected to explain the process by which Apple selects the parts used in its products and the safety risks associated with using counterfeit parts to repair Apple products. She will also discuss the characteristics of Apple trademarks and compare spurious and legitimate versions of Apple trademarks. The United States further anticipates that Ms. Caras will testify regarding Apple's registration and use of its trademarks with the U.S. Patent and Trademark Office, as well as the pricing and distribution of legitimate Apple products.

## QUALCOMM INC.

The United States may call a witness from Qualcomm Inc. to testify on its behalf at trial. The United States anticipates that this representative will testify that he examined the mobile-device parts and accessories bearing the various Qualcomm Inc. trademarks at issue in this case and that these parts and accessories were not authentic Qualcomm products, because, among other reasons, the manufacturing specifications of the counterfeit merchandise were inferior and the counterfeit products lacked crucial indicia of legitimate Qualcomm products. The Qualcomm representative is also expected to explain the process by which counterfeiters unsuccessfully attempt to replicate legitimate Qualcomm products. The representative will testify to the process by which Qualcomm selects the parts used in its products and the safety risks associated with using counterfeit parts to repair Qualcomm products. The United States further anticipates that the representative will testify regarding Qualcomm's registration and use of its trademarks with the U.S. Patent and Trademark Office, as well as the pricing and distribution of legitimate Qualcomm products.

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EXPERT TESTIMONY OF TRADEMARK
AND CERTIFICATION MARK HOLDERS—3**

## SAMSUNG INC.

### James Hogg

The United States may call James Hogg as an expert in Samsung Inc. brand security and anti-counterfeiting initiatives. Since 2015, Mr. Hogg has been a Manager of Corporate Investigations with Samsung Electronics America, Inc. ("Samsung"), where he is responsible for the day-to-day management of the company's detainments and seizures of products arriving in the Americas. *See* Exhibit 1.B. He supports criminal investigations by identifying counterfeit products. The United States anticipates that Mr. Hogg will testify that he examined the mobile-device parts and accessories bearing the various Samsung trademarks at issue in this case. Mr. Hogg is expected to testify that, in his opinion, these parts and accessories were not authentic Samsung products, because, among other reasons, the manufacturing specifications of the counterfeit merchandise were inferior and the counterfeit products lacked crucial indicia of legitimate Samsung products. Mr. Hogg will testify to the process by which counterfeiters unsuccessfully attempt to replicate legitimate Samsung products. Mr. Hogg is expected to explain the process by which Samsung selects the parts used in its products and the safety risks associated with using counterfeit parts to repair Samsung products. The United States further anticipates that Mr. Hogg will discuss the characteristics of Samsung trademarks and compare spurious and legitimate versions of Samsung trademarks.

### Christopher J. Pyryt

The United States may also call Christopher J. Pyryt as an expert in Samsung Inc. brand security and anti-counterfeiting initiatives. Since 2013, Mr. Pyryt has been the Senior Manager for Samsung Electronics America, where he is responsible for investigating

counterfeit products and maintaining Samsung's brand-protection program. *See* Ex. 1.C. The United States anticipates that Mr. Pyryt will explain the process by which Samsung Inc. protects its intellectual property, as well as how counterfeiters unsuccessfully attempt to replicate legitimate Samsung products. Mr. Pyryt is further expected to explain the process by which Samsung selects the parts used in its products and the safety risks associated with using counterfeit parts to repair Samsung products. The United States further anticipates that Mr. Pyryt will testify regarding Samsung's registration and use of its trademarks with the U.S. Patent and Trademark Office, as well as the pricing and distribution of legitimate Samsung products.

## UL LLC

The United States may call Robert J. Pollock as an expert in UL LLC brand security and safety certification processes. UL is a global independent safety science company that offers certification of product safety for billons of household, consumer, commercial, and industrial products, including cellphones and accessories. Since 2003, Mr. Pollock has been the UL Director of Market Surveillance, where he has responsibility for developing and directing all global market surveillance strategic initiatives. *See* Exhibit 1.D. As part of UL's Market Surveillance, Mr. Pollock responds to product incident reports by investigating safety concerns and implementing corrective action if necessary. Mr. Pollock ensures that products in the marketplace that bear UL Certification Marks are in compliance with the applicable safety requirements. In addition, Mr. Pollock will likewise explain the processes of ensuring compliance with safety regulations under UL's Regulatory Services Department. The United States anticipates that Mr. Pollock will explain how UL protects its certification

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EXPERT TESTIMONY OF TRADEMARK
AND CERTIFICATION MARK HOLDERS—5**

mark, as well as the dangers of products that bear counterfeit safety certification marks, like UL's.

This latter topic specifically includes the dangers posed to the public by counterfeit iPhone adapters (chargers)—a topic that Mr. Pollock has studied and on which he will opine.  *See* Exhibit 2.  Mr. Pollock is expected to testify that counterfeit cellphone adapters pose a danger to the public due to a lack of basic safety testing, which creates fire and shock hazards as well as risk of lethal electrocution.  Mr. Pollock will explain the process by which certification mark holders (such as UL) and trademark holders (such as Apple, Qualcomm, and Samsung) protect consumers by vigorously testing all legitimate products, including adapters, for safety and reliability.

## REQUEST FOR DEFENDANTS' EXPERT WITNESS DISCLOSURE

This disclosure is made pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G). Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the United States hereby requests a reciprocal timely disclosure by the Defendants of any testimony that the Defendants intend to admit at trial, under Rules 702, 703, or 705 of the Federal Rules of Evidence, that relates to any of the topics summarized in this expert witness notice.

Respectfully submitted this 2nd day of January, 2020.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

*/s/ Katherine Horwitz*
KATHERINE HORWITZ
Assistant United States Attorney

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EXPERT TESTIMONY OF TRADEMARK
AND CERTIFICATION MARK HOLDERS—6**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January, 2020, the foregoing **GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY FROM TRADEMARK AND CERTIFICATION MARK HOLDERS** was filed electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| |
|---|
| JOHN DEFRANCO<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com<br>*Attorney for Pavel Babichenko* |
| JEFFREY BROWNSON<br>223 N. 6th Street<br>Boise, ID 83702<br>jb@jeffreybrownsonlaw.com<br>*Attorney for Gennady Babitchenko* |
| PAUL E. RIGGINS<br>380 South 4th Street, Ste. 104<br>Boise, ID 83702<br>rigginslaw@gmail.com<br>*Attorney for Piotr Babichenko* |
| ROB S. LEWIS<br>913 W. River Street, Ste. 430<br>Boise, ID 83702<br>office@roblewislaw.com<br>*Attorney for Timofey Babichenko* |
| GREG S. SILVEY<br>P.O. Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com<br>*Attorney for Kristina Babichenko* |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EXPERT TESTIMONY OF TRADEMARK
AND CERTIFICATION MARK HOLDERS—7**

J.D. MERRIS
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

ROBYN A. FYFFE
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

S. RICHARD RUBIN
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
dick_rubin@fd.org
*Attorney for Anna Iyerusalimets*

ELLEN NICHOLE SMITH
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

/s/ *Katherine Horwitz*
Assistant United States Attorney

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EXPERT TESTIMONY OF TRADEMARK
AND CERTIFICATION MARK HOLDERS—8**