BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEYS
TIMOTHY FLOWERS, TENNESSEE STATE BAR NO. 030151
UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY
ATTORNEYS FOR THE UNITED STATES OF AMERICA
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALIE BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br><br>Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY REGARDING CUSTOMS AND BORDER PROTECTION** |

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States of

America, by and through Bart M. Davis, United States Attorney for the District of Idaho,

and Katherine Horwitz and Christian Nafzger, the undersigned Assistants United States

Attorney, and Timothy Flowers, United States Department of Justice Trial Attorney, files

this written summary of expert testimony that it intends to introduce under Federal Rules of Evidence 702, 703, and 705.[1]  The United States intends to call the following witnesses as experts of the Department of Homeland Security U.S. Customs and Border Protection (CBP) inspection, seizure, fines, and forfeiture processes regarding counterfeit products.

## INSPECTION AND SEIZURE

### Alan Aprea

The United States may call Alan Aprea as an expert in the inspection and seizure of imported counterfeit electronic products.  As the Branch Chief of the Electronics Center of Excellence and Expertise Los Angeles field office, Mr. Aprea is charged with overseeing the regulation and facilitation of international trade, collecting import duties, and enforcing regulations governing trade and customs.  Mr. Aprea is expected to explain how CBP identifies shipments of counterfeit electronic products at its port of entries, when such contraband is seized, and why such contraband is seized.  Mr. Aprea is likewise expected to testify to his participation in the Enforcement Division, which supports civil and criminal investigations of intellectual property right infringement, including strategies to prevent smuggling of counterfeit goods.  He will also generally explain the following processes: when and why goods are targeted and presented for inspection; when and why goods are detained; notices to importers, rights holders, and brokers; the inventory, appraisal, and seizure of the goods; and, finally, transference and storage of seized property.

---

[1]     The Government respectfully reserves the right to supplement this notice as required during the pendency of this litigation.

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE**
**EXPERT TESTIMONY REGARDING CUSTOMS**
**AND BORDER PROTECTION—2**

**Eugene J. Matho Jr.**

The United States may call Eugene J. Matho Jr. as an expert in the inspection and seizure of imported counterfeit electronic products.  As the Assistant Area Port Director for the Port of Cleveland, Mr. Matho is charged with overseeing the regulation and facilitation of international trade, collecting import duties, and enforcing regulations governing trade and customs.  Mr. Matho is expected to explain how CBP identifies international shipments of counterfeit products at its port of entries and when such contraband is seized.  He will also generally explain the following processes:  when and why goods are targeted and presented for inspection; when and why goods are detained; notices to importers, rights holders, and brokers; the inventory, appraisal, and seizure of the goods; and, finally, transference and storage of seized property.

## FINES AND FORFEITURE

The United States may call Brian Giese as an expert in CBP fines and forfeiture processes.  Mr. Giese has worked for CBP since 2008 in various capacities addressing the fines and forfeiture of seized products.  Currently, he is a Fines, Penalties, and Forfeiture ("FPF") Officer overseeing cases wherein the violator disputes the action taken by CBP.  He is expected to describe the general process of an FPF dispute, including participation by the rights holder and the general procedures used for the dispute.  Additionally, Mr. Giese will explain the outcome of FPF disputes, including the seizure and forfeiture of goods, as well as any fines or penalties assessed against the violator.  Finally, he will explain the final disposition of infringing property, such as destruction.

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EXPERT TESTIMONY REGARDING CUSTOMS
AND BORDER PROTECTION—3**

**REQUEST FOR DEFENDANTS' EXPERT WITNESS DISCLOSURE**

This disclosure is made pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G).

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the United States hereby

requests a reciprocal timely disclosure by the Defendants of any testimony that the

Defendants intend to admit at trial, under Rules 702, 703, or 705 of the Federal Rules of

Evidence, that relates to any of the topics summarized in this expert witness notice.


Respectfully submitted this 2nd day of January, 2020.


BART M. DAVIS
UNITED STATES ATTORNEY
By:


*/s/ Katherine Horwitz*
KATHERINE HORWITZ
Assistant United States Attorney

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EXPERT TESTIMONY REGARDING CUSTOMS
AND BORDER PROTECTION—4**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January, 2020, the foregoing

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY**

**REGARDING CUSTOMS AND BORDER PROTECTION** was filed electronically

through the CM/ECF system, which caused the following counsel to be served by

electronic means, as more fully reflected on the Notice of Electronic Filing:

JOHN DEFRANCO
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

JEFFREY BROWNSON
223 N. 6th Street
Boise, ID 83702
jb@jeffreybrownsonlaw.com
*Attorney for Gennady Babitchenko*

PAUL E. RIGGINS
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

ROB S. LEWIS
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

GREG S. SILVEY
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE**
**EXPERT TESTIMONY REGARDING CUSTOMS**
**AND BORDER PROTECTION—5**

J.D. MERRIS
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

ROBYN A. FYFFE
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

S. RICHARD RUBIN
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
dick_rubin@fd.org
*Attorney for Anna Iyerusalimets*

ELLEN NICHOLE SMITH
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

/s/ *Katherine Horwitz*
Assistant United States Attorney

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EXPERT TESTIMONY REGARDING CUSTOMS
AND BORDER PROTECTION—6**