JOHN C. DEFRANCO, ESQ. ISB 4953
ELLSWORTH, KALLAS & DEFRANCO, P.L.L.C.
1031 E. Park Blvd.
Boise, ID 83712
Phone: (208) 336-1843
Fax: (208) 345-8945
E-mail jcd@greyhawklaw.com

Attorney for Defendant
PAVEL "PAUL" BABICHENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR-18-258-BLW |
| vs. | |
| PAVEL BABICHENKO, GENNADY BABITCHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALYA BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMENTS, MIKHAIL IYERUSALIMETS, ARTUR PUPKO, | NOTICE OF INTENT TO JOIN IN MOTION TO DISMISS MISCONDUCT BEFORE A GRAND JURY (Dkt. 374) |
| Defendants. | |

COMES NOW, PAVEL "PAUL" BABICHENKO, by and through his attorney, John C. DeFranco, hereby provides notice to the District Court and the Government of its intent to join in the previously filed Motion To Dismiss Misconduct Before The Grand Jury, filed by Defendant Gennady Babitchenko. (Dkt. 374). The defense avers it has substantially similar arguments to the ones presented by Jeffrey Brownson, on behalf of his client. The defense believes the court's

Notice of Intent To Join In Motion

1

granting of permission to join in his motion will promote judicial economy and it does not prejudice the Government.

Dated: February 28, 2020

                                                     /s/
                                      John Charles DeFranco
                                      Attorney for Pavel "Paul" Babichenko

CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of February 2020, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kate Horowitz,
Assistant US Attorney Office of the United States Attorney
Kate.horwitz@usdoj.gov

Christian Samuel Nafzger,
Assistant US Attorney Office of the United States Attorney
Christian.nafzger@usdoj.gov

Tim Flowers
U.S. Department of Justice
1301 New York Ave. NW, Suite 600 Washington, D.C. 20530
Timothy.Flowers2@usdoj.gov

Jeffrey Brownson
Attorney for Gennady Babichenko
jb@jeffreybrownsonlaw.com

Paul Riggins,
Attorney for Piotr Babichenko
rigginslaw@gmail.com

Rob S. Lewis,
Attorney for Timofey Babichenko
office@roblewislaw.com

Greg S. Silvey,
Attorney for Kristina Babichenko
greg@idahoappeals.com

JD Merris,
Attorney for Natalya Babichenko
jmerris@cableone.net

Samuel Richard Rubin, Melissa Winberg and Nicole Owens
Attorney(s) Anna Iyerusaliments
Dick_rubin@fd.org
Melissa_Winberg@fd.org

Robyn Fyffe,

Notice of Intent To Join In Motion

3

Attorney For David Bibikov
Robyn@fyffelaw.com

Gabriel J. McCarthy,
Attorney for Artur Pupko
gabe@gabrielmccarthy.com

Ellen Smith,
Attorney for Mikhail Iyersalimets
ellen@smithhorras.com

        /s/
Megan Lentz