**James S. Hogg**
**Samsung Electronics America, Inc.**

## BACKGROUND

James is a retired Police Officer in the State of Texas who served for 18 years including seven years as a Federal Task Force Officer working as a computer forensic examiner certified by the FBI.  His prior experience as a Detective was spent working complex financial crimes cases, including identity theft, corporate theft, embezzlement, forgeries, mortgage fraud and credit card abuse.  Jim has hundreds of training hours in interview and listening techniques and spent eight years as a hostage negotiator on the Grand Prairie Police SWAT team, the last four of those as a team leader.

## Professional Experience

April 2015 – Present
**Samsung Electronics America, Inc. (SEA), Richardson, TX**
**Manager III, Corporate Investigations – eDiscovery**
Investigate all matters where SEA may be the victim of fraud, theft, threat, or other crimes committed against Samsung.  Receive and respond to all local, state, and Federal Law Enforcement subpoenas and/or search warrants and provide responsive data when available.  Also tasked with investigating all counterfeit Samsung products, to include providing authentication on products submitted to SEA from Law Enforcement agencies across the country.  Assist with litigation matters to include the collection of emails and digital evidence for named custodians and parties to the litigation.

August 2008 – April 2015
**FBI-CART (Computer Analysis Response Team), Dallas, TX**
**Certified Computer Forensic Examiner**
North Texas Regional Computer Forensics Laboratory
Task Force Officer assigned to the North Texas Regional Computer Forensic Laboratory tasked with daily duties as a Computer Forensic Examiner to include the laboratory imaging of hard drives, laptops, desktops, cellular phones, gaming systems, and servers.  Also responsible for on-site imaging of digital evidence at residences and businesses related to issued search warrants.

1997 – April 2015
**Grand Prairie Police Department, Grand Prairie, TX**
**Police Officer - Detective**
Tasked with the enforcement and application of Texas laws and City of Grand Prairie municipal ordinances, investigation of various crimes to include identity theft, credit card abuse, property crimes, and other violations committed.

## Computer Forensic Training

- Effective Dark Web Investigation Strategies, Media Sonar, *October 2019*
- Windows Memory Analysis, Magnet Forensics, *October 2019*
- Techno Security and Digital Forensics Conference, *September 2019*
- Access Data User Summit – Summation Certification, *April 2016*
- EnCase 7 forensic software, FBI, *January 2015*
- Imaging Apple devices with Target Disk Mode, FBI, *September 2014*
- X-Ways Forensics, FBI, *April 2014*
- XRY Cell Phone Forensics Training, Micro Systemation, *August 2013*
- High Technology Crime Investigation Association International Conference, Hershey, PA., *September 2012*

- HTCIA Regional Training Updates, HTCIA, *March 2012*
- Digital Camera Forensics, FBI, *March 2012*
- IACIS Forensic Computer Examiner Training Program, Orlando, FL *May 2010*
- CART Moot Court – Oral Exam, FBI, *October 2009*
- Microsoft Special Topics, NTRCFL, *June 2009*
- CART – BWCT Practicals, FBI, *May 2009*
- Internet Forensics, Access Data, *May 2009*
- Forensic Networks Program, NTRCFL, *March 2009*
- Windows Forensics, Access Data, *December 2008*
- FTK Boot Camp, Access Data, *August 2008*
- CART 101, FBI, *June 2008*

## Education

- Stephen F. Austin State University, B.A. double major Criminal Justice and Public Administration, *December 1996*

## License and Certifications

- State of Texas Master Peace Officer
- State of Texas Mental Health Peace Officer certification
- State of Texas Certified Police Instructor
- FBI Certified Computer Forensic Examiner
- FBI Certified Cell Phone / GPS Forensics Examiner, *August 2013*
- FBI Certified Digital Camera Forensics Examiner, *March 2012*
- Access Data Certified Examiner
- Network + Certification, Computing Technology Industry Association (CompTIA), *May 2011*
- A + Certification, Computing Technology Industry Association (CompTIA), *September 2008*
- Special Deputy United States Marshal, United States Marshall's office, Dallas, TX.
- Special Federal Officer, Federal Bureau of Investigation, Dallas Division.

## Professional Affiliations and Committees

- Member – High Technology Crime Investigation Association (HTCIA), *2009-2019*
- 1st Vice President, Southwest Chapter of HTCIA, *December 2014 to December 2015*
- NTRCFL Training Coordinator, *August 2014 to April 2015*
- NTRCFL Fleet Manager, *June 2013 to September 2014*
- 2nd Vice President, Southwest Chapter of HTCIA, *December 2013 to December 2014*
- Member – International Association of Computer Investigative Specialists (IACIS), *2009 to 2012*
- Member – Texas Association of Hostage Negotiators (TAHN), *2000 to 2008*
- Member – Texas Municipal Police Association (TMPA), *1998 to present*
- Co-Presenter at Crimes Against Women Conference "What Investigators and Prosecutors Need to Know About Technology", Dallas, TX, *April 2012*
- Academy Instructor, "Recognizing Digital Evidence and How to Handle It", *2010 to 2015*