# *Christopher J. Pyryt*

*Senior Manager*
*Samsung Electronics America*

## Professional Profile

- Senior Manager Responsibilities include eDiscovery, Digital Forensics & Corporate Investigations, 06/2013 to present;
- Hunt Co Texas Reserve Peace Officer – Consultant Investigations Division 2013 - 2015
- FBI - North Texas Regional Computer Forensics Laboratory (NTRCFL)
    - FBI Certified Digital Forensic Examiner, 2008;
    - NTRCFL - Lab Training Coordinator 06/2011 to 06/2013;
    - NTRCFL - Training Coach 11/2012 to 06/2013;
- Detective, Plano Texas Police Department, 1992 to 06/2013;
- Patrol Officer, Plano Texas Police Department, 1987 to 1992;
- Deputy Sheriff/Jailer, Hays County Texas Sheriff's Department 1985 to 1987;
- Reserve Deputy Sheriff, Hays County Sheriff's Department 1983 to 1985.

## Relevant Digital Forensic & Other Training

FBI CART Training;
FTK Boot Camp;
Windows Forensics;
CART 101;
BWCT Practical;
Moot Court;
Oral Examination;
Lynx Boot CD;
Internet Forensics;

Digital Camera Forensics;
IACIS Forensics Camp;
P2P Marshal Forensics;
Microsoft Special Topics;
Internet Evidence Finder;
Cellebrite Cloud Analyzer;
Security Intelligence;
eDiscovery Trends;
Transforming eDiscovery;

XRY Cell Phone Forensics;
Network Breach Autopsy;
Legal Update Training;
Live Memory Acquisition;
Introduction to Recon-NG;
Whaling Breaches;
HTCIA Annual Training 2012 >
Cargo Theft Summit 2013 > 20
2300+ Hours of TCOLE Trainin

## Certifications Achieved

- Lifetime Texas Master Peace Officer;
- CompTIA A+ & Net+;
- Access Data Certified Examiner;
- XRY Certified Mobile Device Examiner;
- FBI - CART Certified Digital Forensic Examiner;
- US Government Security Clearance.

## Professional Affiliations

- High Technology Crime Investigation Association (HTCIA), 2009 to present;
    - President – Southwest Chapter HTCIA 2014;
- International Association of Computer Investigative Specialists (IACIS), 2009 to present;
- National Association of Technical Investigators (NATIA) 1994 to 2005;
- Texas Narcotics Officers Association (TNOA) 1994 to 1999;
- Texas Association Of Hostage Negotiators (TAHN) 1991 to 2003;
- Texas Municipal Police Association (TMPA) Lifetime Member;
    - Board Secretary - TMPA 1999 to 2003;
    - Board Member - TMPA Training Advisory Board Member 2004 to 2013.

## Background

Chris is responsible for directing, overseeing and managing Corporate Investigations, Digital Forensics, Litigation eDiscovery Support, Subpoena Compliance and Law Enforcement Liaison engagement including a strong emphasis on anti-counterfeiting investigations and initiatives.

Leading the Samsung investigation team involves internal/external corporate investigations related to corporate policy, compliance, criminal violations including logistics/supply chain, warehouse, production, channel services and federal free trade zone issues across the business.

Chris designed, developed and implemented a full spectrum in-house digital forensics laboratory supporting all aspects of deep dive digital forensics technology and end to end eDiscovery collections.

Chris holds a lifetime Texas Master Peace Officer License and honorably retired from Texas & Federal law enforcement after 30+ years of service. Chris began his law enforcement career as a Hays County Deputy while attending Texas State University. Over his distinguished career, Chris completed 2300+ hours of TCOLE certified training on topics ranging from homicide investigations to advanced interview and integration. Prior to retiring from the Plano Texas Police Department to join Samsung, Chris served his last five years in law enforcement at the FBI CART North Texas Regional Computer Forensics Laboratory (NTRCFL). Following a two year fulltime course of study with the FBI, Chris earned the FBI's coveted Computer Forensic Examiner Certification while working as an FBI Task Force Officer (TFO) at the NTRCFL. Chris also became a CART Program Training Coach and the NTRCFL Lab Training Coordinator. Prior to his FBI assignment, Chris held numerous positions during his tenure at Plano Police. Following five years of street patrol, Chris served for 21 years as a detective in various assignments involving Juvenile, Narcotics, Family Violence, Child Exploitation/Abuse, Internet/Cyber Crimes, and Digital Forensics. Chris served as a Field Training Officer, Police Academy Advisory Board Member and a Hostage/Crisis Negotiation Team member. Chris was also a Texas Commission on Law Enforcement (TECOLE) certified Police Academy Instructor and taught on varying subjects from narcotics enforcement, internet crimes investigations to courtroom demeanor to name a few. Chris has also be qualified as an expert witness in both State and federal criminal courts proceedings as well a Rule 30(b)(6) corporate representative in federal civil court proceedings.

Chris brings extensive leadership, management and investigative skills to Samsung's Security Team. He employs this extensive knowledge concerning varying types of short and long term investigations that at times involve partnering with law enforcement across the U.S. and internationally.