

APPLE-000483

UNDER PROTECTIVE ORDER - DO NOT DISCLOSE