| From: | Melissa Winberg |
|---|---|
| To: | Horwitz, Kate (USAID); russ_aoki |
| Cc: | Rocca, Pam (USAID); Nafzger, Christian (USAID); Flowers, Timothy (CRM); Dick Rubin; ellen_smith greg ; jmerri ; jcd_greyhawk ; rigginslaw ; Rob Lewis; robyn_tyfte ; jb_jeffreybrownson ; Nicole Owens |
| Subject: | RE: Discovery 3/2/20 |
| Date: | Tuesday, March 3, 2020 9:56:16 AM |

Hi Kate,

Can you please provide a timeline on the disclosures for the defense requests?

As a refresher, I made the following requests on February 3, 2020:

1.        Missing bank accounts – your financial expert disclosure lists 11 bank accounts that I cannot find as described in the index attached to Dkt. 342 in either the discovery index or in the discovery provided. From the index attached to Dkt. 342, these accounts are listed as numbers 20, 76, 99, 130, 202, 203, 236, 272, 280, 294, and 348. Obviously I object to your experts relying on information that was never provided to the defense. Will you please check to see if there were errors in the disclosure or if these are bank accounts that have not been disclosed?

2.        Search warrant returns for all search warrants

3.        Any and all records and reports relating to the arrests of the defendants, including planning documents

4.        ▮▮▮▮▮▮▮▮▮ – additional requests

        a.        We have a probation violation report from CR-▮▮▮▮▮▮▮, which states that he "was arrested on 4/10/15 by Meridian Police Detectives after a criminal investigation coordinated with the US Postal Inspectors (USPS) and other Agencies. ▮▮▮▮▮ was receiving various illegal drugs through the US Mail." We received reports from Meridian Police Department, but nothing from USPS. It also appears there may be video or audio of statements ▮▮▮▮▮ made. Please provide any and all reports, statements, and investigation as to ▮▮▮▮▮, including but not limited to the USPS and Meridian investigations and arrests

        b.        Any statements or recordings or notes or reports by or about ▮▮▮▮▮

        c.        Any agreements, including but not limited to plea agreements and cases dismissed with ▮▮▮▮▮

        d.        Any motions or discussion of cooperation, levels, benefits, any promises made to ▮▮▮▮▮ at any time, etc.

        e.        History of credibility including substance abuse and complete criminal history

        f.        Any confidential source or informant paperwork and/or contract

        g.        ▮▮▮▮▮ complete A file

        h.        Any communications with immigration as to ▮▮▮▮▮

        i.        Record of payments (and any other communications, records, notes)

        j.        Basically any Brady information, including everything referenced in CHS footnotes of the search warrant applications (e.g. SW_ECF-000256 n.2)

5.        ▮▮▮▮▮

        a.        Any and all statements, recordings, reports or notes by or about ▮▮▮▮▮

        b.        Any agreements, including but not limited to plea agreements, with ▮▮▮▮▮

        c.        Any motions or discussion of cooperation, levels, benefit, etc.

        d.        History of credibility including substance abuse and complete criminal history

     e.      Any confidential source or informant paperwork and/or contract
     f.       Verification of citizenship, and if not a U.S. citizen, ████ A file
     g.      Any other Brady information

6.      All communications and rough notes with any witness

7.      Any and all communications between agencies and agents relating to this case

8.      SA Sheehan's notes, including during the expert review in North Carolina and any communications from him about the North Carolina review

9.      Any and all reports of contact with Troy Sloan, including recordings, statements, and notes

10.    Any and all records relating to the naming of the operation/investigation, including but not limited to all communications about the name, alternatives, approvals, and agency policies and procedures regarding naming operations

11.    Any and all records regarding the press releases and the press conference concerning this case, including but not limited to internal and external communications, drafts, planning documents, and any written remarks for the press conference (including drafts and communications)

12.    Any other Brady materials

And these additional requests on February 21, 2020:

1.      Any and all communications between CBP and Apple and/or Samsung from 2009 to the present

2.      Apple and/or Samsung trademark manuals that were given to CBP or are in CBP's possession

3.      Any and all history and records relating to any procedures, trainings, copies, provided to/for CBP by or from Apple and/or Samsung (and if not at all ports, which ones) from 2009 to the present

Thanks!

Melissa

Melissa Winberg
Assistant Federal Defender
Federal Defender Services of Idaho
████████████████████████
Boise, Idaho 83702
Phone: (208) ████████
FAX: (208) ██████████

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.

**From:** Horwitz, Kate (USAID) ████████████████████████