UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00258-BLW |
|---|---|
| Plaintiff, | **MEMORANDUM DECISION & ORDER** |
| v. | |
| PAVEL BABICHENKO, GENNADY BABITCHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALYA BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, and MIKHAIL IYERUSALIMETS, | |
| Defendants. | |

The Court has two motions before it: (1) The Government's Motion for Exception Under Federal Rule of Evidence 615(c) and for Clarification of Agent's Role (Dkt. 1000); and (2) Defendant Piotr Babichenko's Motion for Designation of Defense Agent Under Federal Rule of Evidence 615(c). These motions appear to be time sensitive, and there are no objections on file to either motion. For the reasons stated in the respective motions, the Court finds it appropriate to grant both motions.

Accordingly,

**IT IS ORDERED that:**

(1) The Government's Motion for Exception Under Federal Rule of Evidence 615(c) and for Clarification of Agent's Role (Dkt. 1000) is **GRANTED.** Agent Sheehan may therefore be present at trial during the testimony described in the moving papers. In addition, Agent Sheehan may coordinate with the government's trial team and the witnesses in the manner described in the motion.

(2) Defendant Piotr Babichenko's Motion for Designation of Defense Agent (Dkt. 1008) is **GRANTED.**

DATED: June 25, 2021

B. Lynn Winmill
United States District Judge