**JURY TRIAL - Day 32**

        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge: B. Lynn Winmill | Deputy Clerk: Jamie Gearhart |
| Case No: 1:18-cr-258 | Reporter: Vanessa Gosney |
| Date: August 23, 2021 | Time:  8:49 – 8:59 a.m. |
| Place: Boise | 9:04 – 10:14 a.m. |
| | 10:35 – 11:56 a.m. |
| | 12:17 – 1:30 p.m. |
| | 1:55 – 3:09 p.m. |
| | Total time: 5 hours and 8 minutes |

UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Christian Nafzger, and Timothy Flowers
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Andrew Masser and Paul Riggins
Counsel for Timofey Babichenko: Rob Lewis
Counsel for Kristina Babichenko: Greg Silvey
Counsel for Natalya Babichenko: JD Merris
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens
Counsel for Mikhail Iyerusalimets: Ellen Smith

8:49 – 8:59 a.m. - Matters taken up outside the presence of the jury regarding exhibit 8344.

WITNESSES
    Defendants:
        1) David Howell (continued from 8/20/2021)
        2) Terry Murphy
        3) Denise McClure
        4) Piotr Babichenko

EXHIBITS
    Government: GI-51, GI-36, and 4319

    Defendants: 6111, 8411, 8412, 8082, 8083, 8084, 8123, 8124, 8035-1, 8423, 8444, 8394, 8390, 8390-1, 8392, 8344 page 3, 8346, 8347, 8349, 8358, 11037, and 12004

3:04 p.m. – Jury admonished for the evening recess. The Jury Trial will resume 8/24/2021 at 9:00 a.m. Counsel shall be present at 8:45 a.m. to take up matters outside the presence of the jury.

3:09 p.m. – Recess