RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PAVEL BABICHENKO,<br>　GENNADY BABITCHENKO,<br>　PIOTR BABICHENKO,<br>　TIMOFEY BABICHENKO,<br>　KRISTINA BABICHENKO,<br>　NATALIE BABICHENKO,<br>　DAVID BIBIKOV,<br>　ANNA IYERUSALIMETS,<br>　MIKHAIL IYERUSALIMETS,<br>　ARTUR PUPKO,<br><br>　　　　　Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL** |

　　　The United States of America, by and through Rafael M. Gonzalez, Jr., Acting United

States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho,

**NOTICE OF APPEARANCE OF CO-COUNSEL** - 1

hereby appears as co-counsel for the plaintiff, in the above captioned action, and requests that all further papers and pleadings herein be served upon the undersigned attorney at the above address or electronically to Joshua.Hurwit@usdoj.gov.

DATED this 9th day of September, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:


 /s/ *Joshua D. Hurwit*
JOSHUA D. HURWIT
Assistant United States Attorney

**NOTICE OF APPEARANCE OF CO-COUNSEL** - 2