RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00258-BLW |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF GOVERNMENT'S INTENT REGARDING RETURN OF PROPERTY RELATED TO GENNADY BABICHENKO** |
| PAVEL BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, MIKHAIL IYERUSALIMETS, ARTUR PUPKO, | |
| Defendants. | |

Notice is hereby given by Plaintiff, United States of America, by and through Rafael M. Gonzalez, Jr., Acting United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, of the United States' intent to release the following property:

**NOTICE OF GOVERNMENT'S INTENT REGARDING RETURN OF PROPERTY**

 - 1

1. Approximately $103,309.97 in currency seized from account numbers 7644 at Zions Bank, account holder Gennady and Yaraslava Babichenko;

2. Real Property located at 205 West Logan Street, Caldwell Idaho (not seized but *lis pendens* will be released);

3. Approximately $4,246.00 in currency seized from Gennady Babichenko's residence, 2911 S. Pasa Tiempo Way; and

4. Electronics, including phones, iPads and computers seized from Gennady Babichenko's residence, 2911 S. Pasa Tiempo Way.

Defense attorney Jeffrey Brownson contacted the United States Attorney's Office and asked that the assets belonging to his client, Gennady Babichenko be returned. The Internal Revenue Service currently holds the seized currency and will ask the recipient of the funds to fill out appropriate paperwork to begin that process. The Federal Bureau of Investigation holds the seized electronics, and they will be in contact with the recipient to return said items.

Prior to initiating the return of funds, the United States is providing this Notice to all parties of its intent to proceed in this manner.  The United States will wait seven days to initiate the return process to allow any interested party an opportunity to respond.

The United States' intent may change if factual or legal circumstances change.

Respectfully submitted this 27th day of September, 2021.

>
> RAFAEL M. GONZALEZ, JR.
> ACTING UNITED STATES ATTORNEY
> By:
>
>  */s/ Katherine L. Horwitz*
> KATHERINE L. HORWITZ
> Assistant United States Attorney

**NOTICE OF GOVERNMENT'S INTENT REGARDING RETURN OF PROPERTY**

- 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2021 the foregoing **NOTICE OF GOVERNMENT'S INTENT REGARDING RETURN OF PROPERTY** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s) by:

| |
|---|
| JOHN DEFRANCO<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com<br>*Attorney for Pavel Babichenko* |
| PAUL E. RIGGINS<br>380 South 4th Street, Ste. 104<br>Boise, ID 83702<br>rigginslaw@gmail.com<br>*Attorney for Piotr Babichenko* |
| ROB S. LEWIS<br>913 W. River Street, Ste. 430<br>Boise, ID 83702<br>office@roblewislaw.com<br>*Attorney for Timofey Babichenko* |
| GREG S. SILVEY<br>P.O. Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com<br>*Attorney for Kristina Babichenko* |
| ROBYN A. FYFFE<br>P.O. Box 5681<br>Boise, ID 83705<br>robyn@fyffelaw.com<br>*Attorney for David Bibikov* |

| |
|---|
| MELISSA WINBERG<br>702 W. Idaho Street, Ste. 1000<br>Boise, ID 83702<br>Melissa_Winberg@fd.org<br>*Attorney for Anna Iyerusalimets* |
| ELLEN NICHOLE SMITH<br>P.O. Box 140857<br>Garden City, ID 83714<br>ellen@smithhorras.com<br>*Attorney for Mikhail Iyerusalimets* |

*/s /Mackenzie Mckague-Dunlap*
Legal Assistant