Barry L. Flegenheimer
Washington State Bar No. 11024
Bell Flegenheimer
119 First Avenue South, Suite 500, Seattle, WA 98104
(206) 621-8777
barrylfp@gmail.com

John C. DeFranco
Idaho State Bar No. 4953
Ellsworth, Kallas & DeFranco, PLLC
1031 E. Park Blvd., Boise, ID 83712
(208) 336-1843
jcd@greyhawklaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMENTS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>            Defendants. | CASE NO. CR-18-00258-BLW<br><br>DECLARATION IN SUPPORT OF SPECIFIC REQUEST FOR DISCOVERY PURSUANT TO F.R.C.P. 16(a)(1)(E) |

LISA SMITH, declares the following to be truthful statements subject to penalty of

perjury for false statements:

1) I am a paralegal currently assigned to this case through IPS Paralegals, LLC,

    working on behalf of Pavel Babichenko.

DECLARATION IN SUPPORT OF SPECIFIC REQUEST FOR DISCOVERY PURSUANT TO                 1
F.R.C.P. 16(a)(1)(E)

2) I have reviewed both the government's disclosed materials in Casepoint and in their separate hard drive productions.

3) My search for the purpose of this declaration references the following devices: 59158-7-B-17 (laptop) and 59158-7-31 (drive).

4) I found QuickBooks (.QBB) native files but no Excel documents. For example:

| | |
|---|---|
| BABICHENKO-329230-0001 | Item 59158-7-31 - Placeholder Excel File - 59158-7-31 Sandisk - Fri Quickbooks Backup |
| BABICHENKO-329230-0002 | Item 59158-7-31 - Placeholder Excel File - 59158-7-31 Sandisk - Mon Quickbooks Backup |
| BABICHENKO-329230-0003 | Item 59158-7-31 - Placeholder Excel File - 59158-7-31 Sandisk - Sat Quickbooks Backup |
| BABICHENKO-329230-0004 | Item 59158-7-31 - Placeholder Excel File - 59158-7-31 Sandisk - Sun Quickbooks Backup |
| BABICHENKO-329230-0005 | Item 59158-7-31 - Placeholder Excel File - 59158-7-31 Sandisk - Thur Quickbooks Backup |
| BABICHENKO-329230-0006 | Item 59158-7-31 - Placeholder Excel File - 59158-7-31 Sandisk - Tue Quickbooks Backup |
| BABICHENKO-329230-0007 | Item 59158-7-31 - Placeholder Excel File - 59158-7-31 Sandisk - Wed Quickbooks Backup |

5) The disclosed files, in their current format, are unable to be accessed without extreme difficulty or use of a 3rd party resource to extract data.

6) It is my opinion the defense does not have searchable QuickBooks data relating to the Morningstar Church.

7) I support allowing Natalie Babichenko, the bookkeeper for Morningstar Church, to have the opportunity to search the laptop and drive.

8) She should be familiar with the devices because she used them.

9) She can operate the QuickBooks program and a use the version she was familiar with to extract the data needed for the defense and preparation of taxes.

DATED this 13th day of October 2021

By_____/s/_____
Lisa Smith, Paralegal

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2021, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Christian S. Nafzger
Joshua D. Hurwit
Justin D. Whatcott
Assistant United States Attorneys
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov
Christian.Nafzger@usdoj.gov
Joshua.hurwit@usdoj.gov
Justin.whatcott@usdoj.gov

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com

Andrew Masser
2399 S. Orchard St., Suite 204
Boise, ID 83705
andrew@baldaufmasser.com
*Attorneys for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

J.D. Merris
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

Brian Pugh
Assistant Federal Public Defender
Las Vegas, Nevada
Brian_Pugh@fd.org
*Attorney for David Bibikov*

Melissa Winberg
Nicole Owens
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
melissa_winberg@fd.org
nicole_owens@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

Craig Durham
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorney for Mikhail Iyerusalimets*

Thomas B. Dominick
500 W. Bannock Street
Boise, Idaho 83702
tom@dominicklawoffices.com
*Attorney for Artur Pupko*

/s/ John C. DeFranco