# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PAVEL BABICHENKO,

    Defendant.

Case No. 1:18-cr-00258-BLW

**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

Before the Court is Defendant Pavel Babichenko's Second Motion to Modify Conditions of Pretrial Release (Dkt. 1214). Mr. Babichenko's probation officer has agreed to the modifications, and the government does not oppose the motion. The Court will therefore grant the motion. Accordingly,

**IT IS ORDERED that:**

(1) Defendant Pavel Babichenko's Second Motion to Motion to Modify Conditions of Release (Dkt. 1214) is **GRANTED.**

(2) Condition (2), regarding travel within the State of Idaho, is modified such that Mr. Babichenko may travel within the State of Idaho without notice or prior approval of his Pretrial Release Officer.

(3) Condition (2), regarding travel within the contiguous United States, is

modified such that Mr. Babichenko may travel within the contiguous United States with both notice and prior approval of his Pretrial Release Officer.

DATED: November 12, 2021

B. Lynn Winmill
United States District Judge