DEUNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00258-BLW |
|---|---|
| Plaintiff, | **MEMORANDUM DECISION AND ORDER** |
| v. | |
| PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS, and<br>MIKHAIL IYERUSALIMETS, | |
| Defendants. | |

Before the Court is Defendants' Motion In Limine to Exclude Witness Testimony. (Dkt. 1446.) For the reasons discussed below, the Court will deny the motion as moot.

The Government has listed as a potential witness an individual named Autumn (McMurdie) Winters. Defendants object to testimony from this witness on the grounds that her testimony is not relevant, is unfairly prejudicial, will waste time and result in a mini-trial, and is unnoticed character evidence that does not meet any Rule 404(b) exception.

The Government agrees that Ms. (McCurdie) Winters' testimony is not relevant in connection with its case-in-chief, and further agrees that it will not call her as a witness in its case-in-chief. The Government further agrees that it would seek to call Ms. (McCurdie) Winters as a witness only if Defendant Piotr Babichenko testifies in his defense, and depending on the nature of that testimony.

Based on the foregoing representations by the Government, the Court will deny the motion as moot. If the Government seeks to have Ms. (McCurdie) Winters testify as a rebuttal witness, Defendants may raise their objections regarding her testimony at that time.

## ORDER

IT IS ORDERED that Defendants' Motion In Limine to Exclude Witness Testimony of Autumn (McMurdie) Winters (Dkt. 1446) is DENIED as moot.

DATED: May 22, 2022

B. Lynn Winmill
U.S. District Court Judge