**JURY TRIAL – Day 14**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill
Case No: 1:18-cr-258
Date: June 16, 2022
Place: Boise – Courtroom 3

Deputy Clerk: Kim Tudela
Reporter: Tammy Hohenleitner
Time: 9:06 – 10:24 a.m. (1 hr, 18 mins)
    10:47 a.m. – 12:15 p.m. (1 hr,28 mins)
    12:38 – 1:53 p.m. (1 hr, 15 mins)
    2:17 – 3:30 p.m. (1 hr, 13 mins)
    Total time: 5 hours, 14 mins

## UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Paul Riggins and Mike French
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham

WITNESSES
**Government**: Brad Thrall, Kristina Denning (subject to recall), Steve Kroll, Eric Krause, Linda Czemerys

EXHIBITS
**Government:** 3516, 1250, 1251, 1252, 1253, 1254, 1255, 1256, 1257, 1258, 1259, 1260, 1261, 1262, 1263

**Government Demonstrative:** D-2002

**Government Exhibits Officially Admitted Without Conditions:** 3681, 3682, 3683, 3437, 3438, 3440, 3441, 3462, 3506, 3511, 3514, 3528, 3531, 3537, 3542, 3553, 3676, 3677, 3679, 3680, 3555, 3556, 3557, 3558, 3132, 2818.01, 2818.02, 2818.03, 2818.04, 2818.05, 2818.06, 2818.07, 2818.08, 2818.09, 2818.10, 2818.11, 2818.12, 2818.13, 2818.14, 2818.15, 2818.16, 2818.18, 2819.01, 2819.02, 2819.03, 2819.04, 2819.05, 2819.06, 2819.07, 2819.08, 2819.09, 2819.10, 2819.11, 2819.12, 2106, 2105

**Defense**: I2-50

11:30 – 11:38 a.m.: The Court addressed limiting instructions with the parties outside the presence of the jury.

3:30 p.m.: The Jury admonished for the evening recess. The Jury Trial will resume on June 17, 2022, at 9:00 a.m. before Judge B. Lynn Winmill.