**JURY TRIAL – Day 17**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn WinmillDeputy Clerk: Sunny Trumbull
Case No: 1:18-cr-258Reporter: Tammy Hohenleitner
Date: June 23, 2022Time: 9:05 – 9:12 a.m.
Place: Boise, ID      9:17 – 10:30 a.m.
    10:50 a.m. – 12:15 p.m.
    12:35 – 1:56 p.m.
     2:18 – 3:34 p.m.
     Total time: 5 hours 22 minutes

**UNITED STATES OF AMERICA v. BABICHENKO, et al**

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Paul Riggins and Mike French
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham

**WITNESSES**
Government:
1. James Hogg (continued from 6/22/2022)
2. Jeffery McGuire
3. Leah Caras

**EXHIBITS**
Government: 5605.A, 5605.G, 1005

Defense: 14214

9:05 – 9:12 a.m.: Outside presence of jury – After discussion with the parties, the Court ruled that juror #11 is excused. The Government informed the Court of their estimate for when they will be resting their case.

3:34 p.m. – Jury admonished for the evening recess. The Jury Trial will resume June 24, 2022 at 9:00 a.m. before Judge B. Lynn Winmill.