**JURY TRIAL – Day 24**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill  
Case No: 1:18-cr-258-BLW  
Date: July 12, 2022  
Place: Boise, ID  

Deputy Clerk: Sunny Trumbull  
Reporter: Tammy Hohenleitner  
Time: 9:04 a.m. – 10:25 a.m.  
      10:45 a.m.  – 11:36 a.m.  
      11:50 a.m. – 11:57 a.m.  
      11:59 a.m. – 1:09 p.m.  
      1:49 p.m. – 2:16 p.m.  
      2:37 p.m. – 3:27 p.m.  
      Total time: 4 hr. 46 min.

UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger  
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer  
Counsel for Piotr Babichenko: Paul Riggins and Mike French  
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo  
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha  
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh  
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens  
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham  


WITNESSES:
    Government:
1. Nikolay P. Bukhantsov (cont'd from 7/11/22)
2. Ivan Bukhantsov

    Defense:
1. Derek Ellington

EXHIBITS:
    Government: 3221

    Defense: 15117-15122, 15320-15328


11:26 - 11:36 a.m. - Outside presence of jury: Court and counsel discussed admission of Government exhibit 3221

11:50 – 11:54 a.m. - Outside presence of jury: Court and counsel discussed Government exhibit 3221 and Government witness

11:54 a.m. – Jury present: Government rests

11:59 a.m. – 1:09 p.m. - Outside presence of jury: Each of defense counsel motioned for judgment of acquittal under Rule 29 and presented argument to the Court

1:49 – 2:16 p.m. - Outside presence of jury: Court stated on the record its ruling and reservations on the Rule 29 motions and counsel made arguments regarding witness testimony

2:37 – 2:41 p.m. - Outside presence of jury: Court and counsel discussed witness testimony

2:41 p.m. – Jury present: Defense of David Bibikov rests, direct examination of defense witness Derek Ellington

3:27 p.m. - Jury admonished and excused for the evening recess


The Jury Trial will resume July 13, 2022 at 9:00 a.m. before Judge B. Lynn Winmill.