**JURY TRIAL – Day 37**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill        Deputy Clerk: Jamie Gearhart
Case No: 1:18-cr-258           Reporter: Tammy Hohenleitner
Date: August 1, 2022           Time: 2:33 – 3:08 p,m.
Place: Boise                   Total time: 35 minutes

UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz and Joshua Hurwit
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Paul Riggins and Mike French
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham

Jury returned into Court at 2:33 p.m.
Verdicts were read and recorded.

**Paul Babichenko**:
Defendant was found guilty on Counts 1, 20, and 22 of the Indictment pursuant to the jury verdict.
The Court polled the jury at the request of counsel.
    (X) The Court ordered a presentence investigation report.
        **Sentencing set: November 2, 2022 at 10:00 a.m. before Judge B. Lynn Winmill**
            Original report to Counsel:   9/21/2022
            Notification of Objections:   10/5/2022
            Final Report Due:             10/19/2022

**Peter Babichenko**:
Defendant was found guilty on Counts 1 and 20 of the Indictment pursuant to the jury verdict.
The Court polled the jury at the request of counsel.
    (X) The Court ordered a presentence investigation report.
        **Sentencing set: November 2, 2022 at 1:30 p.m. before Judge B. Lynn Winmill**
            Original report to Counsel:   9/21/2022
            Notification of Objections:   10/5/2022
            Final Report Due:             10/19/2022

**Tim Babichenko**:
Defendant was found guilty on Counts 1, 4, 6, 13, 15, 20, and 30 of the Indictment pursuant to the jury verdict.
The Court polled the jury at the request of counsel.
    (X) The Court ordered a presentence investigation report.

   **Sentencing set: November 2, 2022 at 2:30 p.m. before Judge B. Lynn Winmill**
    Original report to Counsel: 9/21/2022
    Notification of Objections: 10/5/2022
    Final Report Due:   10/19/2022

**Kristina Babichenko**:
Defendant was found not guilty on Counts 1, 4, 13, 20, and 30 of the Indictment pursuant to the jury verdict.

**David Bibikov**
Defendant was found guilty on Counts 1, 9, 18, and 20 of the Indictment pursuant to the jury verdict. David Bibikov was found not guilty on Count 28 of the Indictment pursuant to the jury verdict.
The Court polled the jury at the request of counsel.
  (X) The Court ordered a presentence investigation report.
   **Sentencing set: November 3, 2022 at 10:00 a.m. before Judge B. Lynn Winmill**
    Original report to Counsel: 9/22/2022
    Notification of Objections: 10/6/2022
    Final Report Due:   10/20/2022

**Anna Iyerusalimets**:
Defendant was found not guilty on Counts 1, 3, 12, 20, and 25 of the Indictment pursuant to the jury verdict.

**Michael Iyerusalimets**:
Defendant was found guilty on Counts 1, 2, 3, 11, 12, 20, 25, and 26 of the Indictment pursuant to the jury verdict.
The Court polled the jury at the request of counsel.
  (X) The Court ordered a presentence investigation report.
   **Sentencing set: November 3, 2022 at 2:30 p.m. before Judge B. Lynn Winmill**
    Original report to Counsel: 9/22/2022
    Notification of Objections: 10/6/2022
    Final Report Due:   10/20/2022

Final jury instruction.
Jury Discharged.

**EXHIBITS RELEASED TO THE GOVERNMENT.**