| Account | Date | Total Monthly Deposits | Best Buy Deposits | Other Sales & Deposits | Returns / Refunds / Interest | | No. of Best Buy Deps | Average Single Best Buy Dep |
|---|---|---|---|---|---|---|---|---|
| JPMC | Jan 2021 | $796,847.59 | $671,847.59 | $125,000.00 | $0.00 | | 6 | $111,974.60 |
| JPMC | Feb 2021 | $397,793.54 | $397,793.54 | $0.00 | $0.00 | | 8 | $49,724.19 |
| JPMC | Mar 2021 | $373,143.82 | $373,143.82 | $0.00 | $0.00 | | 10 | $37,314.38 |
| JPMC | Apr 2021 | $358,183.79 | $358,183.79 | $0.00 | $0.00 | | 8 | $44,772.97 |
| JPMC | May 2021 | $325,064.12 | $320,235.78 | $4,279.26 | $549.08 | | 8 | $40,029.47 |
| JPMC | Jun 2021 | $361,652.75 | $361,652.69 | $0.00 | $0.06 | | 10 | $36,165.27 |
| JPMC | Jul 2021 | $302,029.87 | $302,029.87 | $0.00 | $0.00 | | 8 | $37,753.73 |
| JPMC | Aug 2021 | $347,114.09 | $347,114.09 | $0.00 | $0.00 | | 8 | $43,389.26 |
| JPMC | Sep 2021 | $340,368.12 | $340,351.18 | $0.00 | $16.94 | | 8 | $42,543.90 |
| JPMC | Oct 2021 | $286,278.88 | $286,115.35 | $0.00 | $163.53 | | 6 | $47,685.89 |
| JPMC | Nov 2021 | $385,001.95 | $384,994.55 | $0.00 | $7.40 | | 9 | $42,777.17 |
| JPMC | Dec 2021 | $510,887.46 | $510,476.33 | $0.00 | $411.13 | | 9 | $56,719.59 |
| JPMC | Jan 2022 | $1,103,326.85 | $1,103,095.22 | $0.00 | $231.63 | | 9 | $122,566.14 |
| JPMC | Feb 2022 | $451,002.48 | $451,002.48 | $0.00 | $0.00 | | 8 | $56,375.31 |
| JPMC | Mar 2022 | $438,335.23 | $438,335.23 | $0.00 | $0.00 | | 9 | $48,703.91 |
| JPMC | Apr 2022 | $339,197.89 | $339,197.89 | $0.00 | $0.00 | | 8 | $42,399.74 |
| JPMC | May 2022 | $417,280.67 | $417,280.67 | $0.00 | $0.00 | | 9 | $46,364.52 |
| JPMC | Jun 2022 | $378,571.85 | $377,834.52 | $0.00 | $737.33 | | 9 | $41,981.61 |
| JPMC | Jul 2022 | $315,721.24 | $315,721.24 | $0.00 | $0.00 | | 6 | $52,620.21 |
| JPMC | Aug 2022 | $361,147.04 | $360,565.52 | $0.00 | $581.52 | | 9 | $40,062.84 |
| JPMC | Sep 2022 | $278,014.88 | $277,895.30 | $0.00 | $119.58 | | 8 | $34,736.91 |
| JPMC | Oct 2022 | $184,288.47 | $184,154.52 | $0.00 | $133.95 | | 6 | $30,692.42 |
| WTB | Oct 2022 | $164,376.16 | $96,160.52 | $68,215.64 | $0.00 | | 2 | $48,080.26 |
| WTB | Nov 2022 | $481,197.02 | $319,094.30 | $162,102.72 | $0.00 | | 8 | $39,886.79 |
| WTB | Dec 2022 | $438,850.41 | $356,196.85 | $82,653.56 | $0.00 | | 9 | $39,577.43 |
| | Total | $10,135,676.17 | $9,690,472.84 | $442,251.18 | $2,952.15 | | | |
| Jan-Dec 2021 | | $4,784,365.98 | $4,653,938.58 | $129,279.26 | $1,148.14 | 12 Months | 98 | $47,489.17 |
| Jan-Oct 2022 | | $4,266,886.60 | $4,265,082.59 | $0.00 | $1,804.01 | 10 Months | 81 | $52,655.34 |
| Oct-Dec 2022 | | $1,084,423.59 | $771,451.67 | $312,971.92 | $0.00 | 3 Months | 19 | $40,602.72 |
| | Totals | $10,135,676.17 | $9,690,472.84 | $442,251.18 | $2,952.15 | 24 Months | 198 | $48,941.78 |

GOVERNMENT EXHIBIT

1