| Payee / Credit Party Benefited | Sum of Payment Amount |
|---|---:|
| **BUSINESS** | |
| Apple, Inc | $10,774.90 |
| CAICHENG PRINTING CO LTD | $136,419.67 |
| COMMERCE TECHNOLOGIES LLC | $230,598.00 |
| Costco Wholesale Corporation | $10,953.20 |
| HK SANFENG TRADE LIMITED | $145,261.00 |
| Hongkong Super Excellent Trade Lim | $110,000.00 |
| LOTUS MANUFACTURING CO LIMITED | $15,590.00 |
| MERIDIAN PUBLIC AUCTION LLC | $16,995.00 |
| ROBINS KAPLAN LLP TRUST ACCOUNT | $20,652.62 |
| Sandberg Phoenix | $51,685.00 |
| WAYMEET LIMITED | $9,628.50 |
| XT SHENZHEN JMS TECHNOLOGY CO LTD | $712,901.53 |
| XT SHENZHEN KUNHOU E COMMERCE CO LT | $2,644,871.95 |
| ZeroDamage Sahara Case LLC | $90,000.00 |
| TOTAL to BUSINESSES | $4,206,331.37 |
| **PERSONS** | |
| David Bibikov | $12,082.48 |
| DAVID L HOWARD | $19,956.00 |
| Natalia Babichenko | $11,000.00 |
| PAVEL BABICHENKO / Paul Babichenko | $537,393.82 |
| PIOTR BABICHENKO | $542,434.22 |
| TIMOFEY BABICHENKO / Tim Babichenko | $1,101,193.81 |
| TOTAL to PERSONS | $2,224,060.33 |
| Grand Total | $6,430,391.70 |