JOSHUA D. HURWIT
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
JUSTIN WHATCOTT, IDAHO STATE BAR NO. 6444
WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709
ASSISTANT UNITED STATES ATTORNEYS
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS,<br><br>Defendants. | Case No. 1:18-CR-00258-BLW<br><br>**MOTION FOR ADDITIONAL TIME TO REPLY** |

The United States of America moves the Court for an additional seven (7) days to file a reply related to its Motion for Clarification or Reconsideration of Portion of Amended Preliminary Order of Forfeiture (ECF 1838), ECF 1842, and Timofey Babichenko's Response to Government's Motion for Reconsideration of Amended Preliminary Order of Forfeiture (ECF 1842), ECF 1848. The Government requires this extra time because AUSA William M. Humphries is currently out of the office on prearranged leave and AUSA Katherine L. Horwitz has been out of the office on prearranged leave. Seven (7) days would provide the Government

**MOTION FOR ADDITIONAL TIME TO REPLY**- 1

the needed time to file a reply.  Therefore, the Government requests until and through June 20, 2023, to file a reply.

      Respectfully submitted this 13th day of June, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*/s/ William M. Humphries*
WILLIAM M. HUMPHRIES
Assistant United States Attorney

*/s/ Katherine L. Horwitz*
KATHERINE L. HORWITZ
Assistant United States Attorney