Maya P. Waldron
Waldron Legal, PLLC
P.O. Box 1316
Boise, ID 83701
208-244-0735
maya@waldronlegal.com

*Attorney for Defendant-Appellant*
*Pavel Babichenko*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR-18-00258-BLW |
| vs. | Ninth Circuit Case Nos. 23-549, 23-550, 23-558, 23-559, 23-561 |
| PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS, | Defendants' Unopposed Motion for Access to Complete Docket Report |
| Defendants. | |

The Defendants,[1] pursuant to their Fifth Amendment right to due process, Sixth Amendment right to effective assistance of counsel, and Local Criminal Rule 6.0, move the Court for an order granting their appellate attorneys access to a complete, unredacted docket report listing all docket entries in this case. This motion

---

[1] This motion is filed on behalf of Pavel Babichenko, Piotr Babichenko, Timofey Babichenko, Mikhail Iyerusalimets, and David Bibikov. Waldron Decl. ¶ 2.

1

is based on the attached declaration. The Government has no objection to this motion. Waldron Decl. ¶ 5.

The docket in this case contains 1853 entries, and nearly fifty of those entries do not appear on the docket report currently available to appellate counsel. Waldron Decl. ¶ 3. Appellate counsel need access to a complete docket report because they are responsible for reviewing the record in the underlying district court case, identifying and briefing issues for appeal, and compiling the excerpts of record. *See United States v. Skurdal*, 341 F.3d 921, 926–27 (9th Cir. 2003) (appellate counsel's duties include "a conscientious review of the record"); Ninth Circuit Rule 30-1. Counsel can only fulfill their obligations if they have access to a complete docket report and therefore can independently determine what, if any, docket entries missing from the currently-available docket report may be necessary on appeal. Waldron Decl. ¶ 4. If appellate counsel are unable to review the complete docket report to make that determination, it will compromise the Defendants' right to due process and effective assistance of counsel on appeal.

The Defendants therefore request a complete, unredacted docket report listing each docket entry in this case. Alternatively, if the Court believes the complete descriptions of any of the currently-missing docket entries should not be disclosed to appellate counsel, the Defendants request that the Court either (1) redact the docket report only as much as necessary to prevent the disclosure of that information, or (2) provide a separate description of the docket entry that omits that information, but

that it still provide sufficient information for appellate counsel to determine whether

the docket entry may be relevant to the appeals.

Date:   June 21, 2023

<u>*/s/ Maya P. Waldron*</u>
Maya P. Waldron
*Attorney for Defendant-Appellant*
*Pavel Babichenko*

**Certificate of Service**

     I certify that, on June 21, 2023, I filed this document electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

     Katherine L. Horwitz
     Christian S. Nafzger
     Joshua D. Hurwit
     Justin D. Whatcott
     Assistant United States Attorneys
     Office of the United States Attorney
     1290 West Myrtle Street, Suite 500
     Boise, ID 83702
     Kate.Horwitz@usdoj.gov
     Christian.Nafzger@usdoj.gov
     Joshua.hurwit@usdoj.gov
     Justin.whatcott@usdoj.gov

     Paul E. Riggins
     380 South 4th Street, Ste. 104
     Boise, ID 83702
     rigginslaw@gmail.com

     Mike French
     1002 W. Franklin St.
     Boise, Idaho 83702
     mike@bartlettfrench.com
     *Attorneys for Piotr Babichenko*

     Rob S. Lewis
     913 W. River Street, Ste. 430
     Boise, ID 83702
     office@roblewislaw.com

     Greg S. Silvey
     P.O. Box 5501
     Boise, ID 83705
     greg@idahoappeals.com
     *Attorneys for Timofey Babichenko*

     Robyn A. Fyffe
     P.O. Box 5681
     Boise, ID 83705

robyn@fyffelaw.com
*Attorney for David Bibikov*

Craig Durham
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorney for Mikhail Iyerusalimets*

/s/ *Maya P. Waldron*