Maya P. Waldron
Waldron Legal, PLLC
P.O. Box 1316
Boise, ID 83701
208-244-0735
maya@waldronlegal.com

*Attorney for Defendant-Appellant*
*Pavel Babichenko*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS,<br><br>        Defendants. | Case No. CR-18-00258-BLW<br><br>Ninth Circuit Case Nos. 23-549, 23-550, 23-558, 23-559, 23-561<br><br>Declaration in Support of Defendants' Unopposed Motion for Access to Complete Docket Report |

I, Maya P. Waldron, declare under penalty of perjury that the following is true and correct:

1. I represent Pavel Babichenko in Ninth Circuit Case No. 23-550, an appeal from District of Idaho Case No. Cr-18-00258-BLW-1.

2. Mr. Babichenko's appeal has been consolidated with the appeals of four of his co-defendants: Piotr Babichenko, Timofey Babichenko, David Bibikov, and Mikhail Iyerusalimets. At the request of those defendants' appellate counsel and in the interest of efficiency, this motion is filed on behalf of all five co-defendants in these consolidated appeals.

3. The docket in this case contains 1853 entries. Nearly fifty of those entries do not appear on the docket report currently available to appellate counsel. Those are presumably sealed or ex parte filings.

4. Without access to a complete docket report listing all docket entries, appellate counsel will be unable to independently assess whether we have identified all documents necessary to our clients' appeals, and therefore will be unable to gather and review the entire record, evaluate all possible issues for appeal, raise those issues we determine to be meritorious, and adequately and effectively represent our clients in their appeals. We therefore request access to a complete, unredacted (or alternatively minimally-redacted) docket report.

5. I have conferred with Kate Horwitz, counsel for Government in this case, regarding this motion. The Government has no objection.

Date:   June 21, 2023

>*/s/ Maya P. Waldron*
>Maya P. Waldron
>*Attorney for Defendant-Appellant*
>*Pavel Babichenko*

## Certificate of Service

I certify that, on June 21, 2023, I filed this document electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Christian S. Nafzger
Joshua D. Hurwit
Justin D. Whatcott
Assistant United States Attorneys
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov
Christian.Nafzger@usdoj.gov
Joshua.hurwit@usdoj.gov
Justin.whatcott@usdoj.gov

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com

Mike French
1002 W. Franklin St.
Boise, Idaho 83702
mike@bartlettfrench.com
*Attorneys for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorneys for Timofey Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

Craig Durham
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorney for Mikhail Iyerusalimets*

                                                             */s/ Maya P. Waldron*