JOSHUA D. HURWIT
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709
ASSISTANT UNITED STATES ATTORNEYS
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS,<br><br>　　　　Defendants. | Case No. 1:18-CR-00258-BLW<br><br>**UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND** |

　　　　The United States of America moves the Court for an additional fourteen (14) days to file a response related to Gennady Babitchenko's Second Motion to Return Property filed at ECF No. 1877.  The Government requires this extra time for AUSA William M. Humphries, who is assisting AUSA Katherine L. Horwitz on the response, to become more familiar with the background and situation related to properties in Brazil and because AUSA Horwitz has been attending to office management and other case duties.  Fourteen (14) days would provide the Government the needed time to file a response.  Counsel for Gennady Babitchenko does not

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND** - 1

oppose. Therefore, the Government requests until and through September 28, 2023, to file a response.

Respectfully submitted this 14th day of September, 2023.

        JOSHUA D. HURWIT
        UNITED STATES ATTORNEY
        By:

        */s/ William M. Humphries*
        WILLIAM M. HUMPHRIES
        Assistant United States Attorney

        */s/ Katherine L. Horwitz*
        KATHERINE L. HORWITZ
        Assistant United States Attorney

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND** - 2