JOSHUA D. HURWIT
UNITED STATES ATTORNEY
WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEYS
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS,<br><br>Defendants. | Case No. 1:18-CR-00258-BLW<br><br>**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL MATERIALS TO SUPPORT UL'S REQUEST FOR RESTITUTION** |

The United States of America respectfully moves the Court for an additional fourteen (14) days to file supplemental materials related to restitution requests for UL.  The current deadline of 21 days from the date of the Memorandum Decision and Order, which was filed on August 30, 2023, was September 20, 2023.  The United States seeks an additional fourteen (14) days, or until October 4, 2023, to submit the supplemental materials related to UL's incurred attorney's fees and costs supporting the investigation and prosecution.  UL's primary counsel assigned to support this prosecution, Sanjana Sharma,

**MOTION FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL MATERIALS TO SUPPORT UL'S REQUEST FOR RESTITUTION FOR OTHER EXPENSES** - 1

lost her sister on July 30 and her mother on August 14, which caused her to be out of the office for the following six weeks.

Accordingly, the materials were not timely submitted within the September 20 deadline. In light of the circumstances, however, the Government respectfully requests a two-week extension to submit the supplemental materials requested by the Court. Defense counsel does not object to the requested continuance.

Respectfully submitted this 21st day of September, 2023.

>JOSHUA D. HURWIT
>UNITED STATES ATTORNEY
>By:
>
>*/s/ Katherine Horwitz*
>KATHERINE HORWITZ
>Assistant United States Attorney

**MOTION FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL MATERIALS TO SUPPORT UL'S REQUEST FOR RESTITUTION FOR OTHER EXPENSES** - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2023, the foregoing **GOVERNMENT'S UNOPPOSED MOTION FOR ADDITIONAL TIME** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| |
|---|
| JOHN DEFRANCO<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com<br>*Attorney for Pavel Babichenko* |
| PAUL E. RIGGINS<br>380 South 4th Street, Ste. 104<br>Boise, ID 83702<br>rigginslaw@gmail.com<br>*Attorney for Piotr Babichenko* |
| ROBYN A. FYFFE<br>P.O. Box 5681<br>Boise, ID 83705<br>robyn@fyffelaw.com<br>*Attorney for David Bibikov* |
| ELLEN NICHOLE SMITH<br>P.O. Box 140857<br>Garden City, ID 83714<br>ellen@smithhorras.com<br>*Attorney for Mikhail Iyerusalimets* |
| ROB S. LEWIS<br>913 W. River Street, Ste. 430<br>Boise, ID 83702<br>office@roblewislaw.com<br>*Attorney for Timofey Babichenko* |

                                          /s/ *Katherine Horwitz*
                                        Assistant United States Attorney