UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS, and<br>ARTUR PUPKO,<br><br>    Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**SUPPLEMENTAL MEMORANDUM DECISION & ORDER RE RESTITUTION** |
|---|---|

In an earlier order, the Court ordered the above-named defendants to pay $182,627.28 in restitution to Samsung and $117,518.63 to UL, apportioned as follows:

| **Defendant** | **Samsung** | **UL** |
|---|---|---|
| Pavel Babichenko | $ 72,650.92 | $ 46,807.45 |
| Piotr Babichenko | $ 45,406.82 | $ 29,254.66 |
| Timofey Babichenko | $ 45,406.82 | $ 29,254.66 |
| David Bibikov | $ 9,081.36 | $ 5,850.93 |
| Mikhail Iyerusalimets | $ 9,081.36 | $ 5,850.93 |
| Artur Pupko | $ 1,000.00 | $ 500.00 |
| **Total** | **$182,627.28** | **$117,518.63** |

*June 21, 2024 Order,* Dkt. 1920. The Court did not indicate, however, whether

interest would be waived on these restitution awards. Having considered the entire record in this matter, including defendants' financial obligations and resources, the Court finds that defendants lack the ability to pay interest on these restitution awards. *See* 18 U.S.C. § 3612(f)(3)(A). Accordingly, the amended judgments that will be prepared and entered will waive the obligation to pay interest on the restitution awards.

**IT IS SO ORDERED.**

DATED: July 12, 2024

_____
B. Lynn Winmill
United States District Judge